AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23 Civ. 4738 |
| COINBASE, INC. AND COINBASE GLOBAL, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the SECURITIES AND EXCHANGE COMMISSION.

Date: 06/06/2023

/s/ Ben N. Kuruvilla
*Attorney's signature*

Ben N. Kuruvilla (4700258)
*Printed name and bar number*

Division of Enforcement
U.S. Securities and Exchange Commission
100 Pearl Street, Suite 20-100 New York, NY 10024

*Address*

kuruvillabe@sec.gov
*E-mail address*

212-336-5599
*Telephone number*

*FAX number*