AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23 Civ. 4738 |
| COINBASE, INC. AND COINBASE GLOBAL, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Coinbase, Inc. and Coinbase Global, Inc.

Date:   06/06/2023

/s/ Sarah K. Eddy
*Attorney's signature*

Sarah K. Eddy (SE0975)
*Printed name and bar number*

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
*Address*

SKEddy@wlrk.com
*E-mail address*

(212) 403-1000
*Telephone number*

(212) 403-2000
*FAX number*