AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23 Civ. 4738 |
| COINBASE INC. AND COINBASE GLOBAL, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COINBASE, INC. AND COINBASE GLOBAL, INC.                                                                     .

Date:     06/06/2023

/s/ Steven R. Peikin
*Attorney's signature*

Steven R. Peikin (2487627)
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498
*Address*

peikins@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*