AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23 Civ. 4738 |
| COINBASE INC. AND COINBASE GLOBAL, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COINBASE, INC. AND COINBASE GLOBAL, INC.

Date:  06/06/2023

/s/ Kathleen S. McArthur
*Attorney's signature*

Kathleen S. McArthur (4571634)
*Printed name and bar number*

Sullivan & Cromwell LLP
1700 New York Avenue N.W. Suite 700
Washington, D.C. 20006-5215
*Address*

mcarthurk@sullcrom.com
*E-mail address*

(202) 956-7500
*Telephone number*

(202) 293-6330
*FAX number*