AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   23 Civ. 4738 |
| COINBASE INC. AND COINBASE GLOBAL, INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COINBASE, INC. AND COINBASE GLOBAL, INC.                                                                                   .

Date:     06/06/2023

/s/ James M. McDonald
*Attorney's signature*

James M. McDonald (5831482)
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498
*Address*

mcdonaldj@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*