UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                         **Plaintiff,**<br><br>   -against-<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.<br><br>                       **Defendants.** | 23 Civ. 04738 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Nicholas C. Margida hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff U.S. Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I have attached the required affidavit pursuant to Local Rule 1.3.

Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in case No. 1:23-cv-04738, for Plaintiff U.S. Securities and Exchange Commission.

Dated: June 6, 2023

Respectfully submitted,

/s/ Nicholas C. Margida
Nicholas C. Margida
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5977
(202) 551-8504
margidan@sec.gov

Jorge G. Tenreiro
Ladan F. Stewart
Peter A. Mancuso
U.S. Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004
(212) 336-1100
Email: tenreiroj@sec.gov

*Counsel for Plaintiff*
*U.S. Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I certify that on June 6, 2023, I caused a copy of the foregoing Motion for Admission *Pro Hac Vice*, including attachments thereto, to be served by ECF on all parties who have made an ECF appearance.

/s/ Nicholas C. Margida
Nicholas C. Margida

*Counsel for Plaintiff*
*U.S. Securities and Exchange Commission*