UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br><br>       -against-<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.<br><br>                       Defendants. | 23 Civ. 04738 |

## AFFIDAVIT OF NICHOLAS C. MARGIDA

I, Nicholas C. Margida, declare as follows:

1.      I am an attorney with the Division of Enforcement of the U.S. Securities and Exchange Commission.

2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.      As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bar of the District of Columbia and of the Supreme Court of Virginia.

4.      There are no pending disciplinary proceedings against me in any state or federal court.

5.      I have never been convicted of a felony.

6.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, and Local Civil Rules 1.3(c) and 1.9(a), that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 6, 2023

Respectfully submitted,

Nicholas C. Margida
U.S. Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549-5977
(202) 551-8504
margidan@sec.gov

Sworn to before me this 6th day of June 2023

Notary Public
My commission expires 09/30/2027