# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Nicholas Carlson Margida

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 2006.

I further certify that so far as the records of this office are concerned, Nicholas Carlson Margida is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 27th day of September
A.D. 2022

By: _____
*Deputy Clerk*