UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,
                                          *Plaintiff*,

v.

COINBASE, INC. AND COINBASE GLOBAL, INC.,
                                          *Defendants*.

23 Civ. 4738 (KPF)

---

**COINBASE, INC. AND COINBASE GLOBAL, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Coinbase, Inc. and Coinbase Global, Inc. hereby certifies that Coinbase Global, Inc. is a publicly held corporation and does not have any parent corporation, and that no publicly held corporation has an ownership interest of 10% or more in Coinbase Global, Inc.  The undersigned counsel further certifies that Coinbase, Inc. is a wholly owned subsidiary of Coinbase Global, Inc.

Dated: June 28, 2023
New York, New York

WACHTELL, LIPTON, ROSEN & KATZ

<u>/s/ William Savitt</u>
William Savitt
51 West 52nd Street
New York, New York  10019
(212) 403-1000
WDSavitt@wlrk.com

*Attorney for Defendants*