

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

Nicholas C. Margida
Assistant Chief Litigation Counsel
Division of Enforcement
Tel: (202) 551-8504
*MargidaN@sec.gov*

June 29, 2023

Via ECF

The Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Securities and Exchange Commission v. Coinbase, Inc. and Coinbase Global, Inc.*, 23 Civ. 4738 (KPF)

Dear Judge Failla:

Pursuant to Rule 2(D) of the Court's Individual Rules of Practice in Civil Cases ("Court's Individual Rules"), Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court extend by three (3) business days the current deadline by which the SEC must respond to Defendants' letter dated June 28, 2023, requesting leave to file a motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), ECF No. 23 ("Defendants' Letter"). Defendants consent to the SEC's extension request.

The SEC's current deadline to file its response to Defendants' Letter is July 3, 2023, pursuant to Rule 4(A) of the Court's Individual Rules. Due to the upcoming holiday weekend, the SEC respectfully submits that good causes exists to grant the modest extension requested by the SEC. In addition, the SEC has not previously requested an extension of time, and the requested extension would not affect any pending deadlines in this case.

Accordingly, the SEC respectfully requests that the Court grant the requested extension and reset the deadline for the SEC to file its response to Defendants' Letter to July 7, 2023.

Respectfully submitted,

*/s/ Nicholas Margida*
Nicholas Margida
Peter Mancuso
Ben Kuruvilla

*Counsel for Plaintiff*
*Securities and Exchange Commission*

Cc: All counsel of record (via ECF)