

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

Nicholas C. Margida
Assistant Chief Litigation Counsel
Division of Enforcement
Tel: (202) 551-8504
MargidaN@sec.gov

June 29, 2023

Via ECF

The Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



Re: *Securities and Exchange Commission v. Coinbase, Inc. and Coinbase Global, Inc.*, 23 Civ. 4738 (KPF)

Dear Judge Failla:

Pursuant to Rule 2(D) of the Court's Individual Rules of Practice in Civil Cases ("Court's Individual Rules"), Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court extend by three (3) business days the current deadline by which the SEC must respond to Defendants' letter dated June 28, 2023, requesting leave to file a motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), ECF No. 23 ("Defendants' Letter"). Defendants consent to the SEC's extension request.

The SEC's current deadline to file its response to Defendants' Letter is July 3, 2023, pursuant to Rule 4(A) of the Court's Individual Rules. Due to the upcoming holiday weekend, the SEC respectfully submits that good causes exists to grant the modest extension requested by the SEC. In addition, the SEC has not previously requested an extension of time, and the requested extension would not affect any pending deadlines in this case.

Accordingly, the SEC respectfully requests that the Court grant the requested extension and reset the deadline for the SEC to file its response to Defendants' Letter to July 7, 2023.

                                                       Respectfully submitted,

                                                       */s/ Nicholas Margida*
                                                       Nicholas Margida
                                                       Peter Mancuso
                                                       Ben Kuruvilla

                                                       *Counsel for Plaintiff*
                                                      *Securities and Exchange Commission*

Cc: All counsel of record (via ECF)

Application GRANTED. Additionally, the initial pretrial conference currently scheduled for August 24, 2023, is hereby converted to a pre-motion conference and is rescheduled to **July 13, 2023, at 10:00 a.m.** The parties are ORDERED to appear at that time in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket number 24.

Dated:    June 29, 2023                              SO ORDERED.
            New York, New York

                                                            HON. KATHERINE POLK FAILLA
                                                            UNITED STATES DISTRICT JUDGE