AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  23 Civ. 4738 |
| COINBASE, INC. AND COINBASE GLOBAL, INC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Coinbase, Inc. and Coinbase Global, Inc                                                                                                                    .

Date:   07/12/2023

/s/ David P.T. Webb
*Attorney's signature*

David P.T. Webb (5648266)
*Printed name and bar number*

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
*Address*

DPTWebb@wlrk.com
*E-mail address*

(212) 403-1000
*Telephone number*

(212) 403-2000
*FAX number*