AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) <br> *Plaintiff* ) <br> v. ) <br> COINBASE, INC. AND COINBASE GLOBAL, INC. ) <br> *Defendant* ) | Case No.   23 Civ. 4738 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Coinbase, Inc. and Coinbase Global, Inc.                                                                                         .

Date:   07/19/2023

/s/ Sijin Choi
*Attorney's signature*

/s/ Sijin Choi (5895164)
*Printed name and bar number*

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
*Address*

SChoi@wlrk.com
*E-mail address*

(212) 403-1000
*Telephone number*

(212) 403-2000
*FAX number*