**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                      *Plaintiff*,<br>v.<br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br><br>                                      *Defendants*. | 23 Civ. 4738 (KPF)<br><br>ORAL ARGUMENT REQUESTED |

### NOTICE OF COINBASE'S MOTION FOR JUDGMENT ON THE PLEADINGS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Coinbase's Motion for Judgment on the Pleadings dated August 4, 2023, the Declaration of David P.T. Webb dated August 4, 2023, the exhibits thereto, and such other and further papers and proceedings as may be filed or had, Defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase"), by and through undersigned counsel, hereby move this Court before the Honorable Katherine Polk Failla, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for judgment on the pleadings in favor of Defendants pursuant to Federal Rule of Civil Procedure 12(c).

-2-

Dated:  August 4, 2023
New York, New York

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ *William Savitt*
William Savitt
Kevin S. Schwartz
Sarah K. Eddy
Adam M. Gogolak
David P.T. Webb
Sijin Choi
51 West 52nd Street
New York, New York  10019
(212) 403-1000
wdsavitt@wlrk.com


Steven R. Peikin
Kathleen S. McArthur
James M. McDonald
Julia A. Malkina
Olivia G. Chalos
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
(212) 558-4000

*Attorneys for Defendants*