**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE COMMISSION,

                          *Plaintiff*,

              v.

COINBASE, INC. AND COINBASE GLOBAL, INC.,

                          *Defendants*.

23 Civ. 4738 (KPF)

---

**DECLARATION OF DAVID P.T. WEBB IN SUPPORT OF**
**COINBASE'S MOTION FOR JUDGMENT ON THE PLEADINGS**

      I, David P.T. Webb, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

      1.     I am an attorney duly admitted to practice in the United States District Court for the Southern District of New York. I am an associate at the law firm Wachtell, Lipton, Rosen & Katz, counsel to Defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase"). I submit this declaration in support of Coinbase's Motion for Judgment on the Pleadings.

      2.     Attached as Exhibit A is a true and correct copy of the Brief for Petitioner the Securities and Exchange Commission in *SEC* v. *W.J. Howey Co.*, No. 843 (U.S.), filed with the Supreme Court of the United States on April 17, 1946.

      3.     Attached as Exhibit B is a true and correct copy of the Brief for the Securities and Exchange Commission as Amicus Curiae in *International Brotherhood of Teamsters* v. *Daniel*, Nos. 77-753 & 77-754 (U.S.), filed with the Supreme Court of the United States on August 18, 1978.

4. Attached as Exhibit C is a true and correct copy of the Brief for Petitioner the Securities and Exchange Commission in *SEC* v. *Edwards*, No. 02-1196 (U.S.), filed with the Supreme Court of the United States on June 26, 2003.

5. Attached as Exhibit D is a true and correct copy of an excerpt from the transcript of the hearing for temporary restraining order held in *SEC* v. *Binance Holdings Ltd.*, Case No. 1:23-cv-01599-ABJ (D.D.C.) on June 13, 2023.

6. Attached as Exhibit E is a true and correct copy of an excerpt from the transcript of the initial pretrial and pre-motion conference held in the above-captioned action on July 13, 2023.

7. Attached as Exhibit F is a true and correct copy of Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment in *SEC* v. *Ripple Labs, Inc.*, Case No. 1:20-cv-10832-AT-SN (S.D.N.Y.), filed with the United States District Court for the Southern District of New York on September 17, 2022 (re-filed on June 13, 2023).

8. Attached as Exhibit G is a true and correct copy of Plaintiff Securities and Exchange Commission's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment in *SEC* v. *Ripple Labs, Inc.*, Case No. 1:20-cv-10832-AT-SN (S.D.N.Y.), filed with the United States District Court for the Southern District of New York on October 21, 2022 (re-filed on June 13, 2023).

9. Attached as Exhibit H is a true and correct copy of Plaintiff Securities and Exchange Commission's Memorandum of Law in Support of Its Motion for Summary Judgment in *SEC* v. *Ripple Labs, Inc.*, Case No. 1:20-cv-10832-AT-SN (S.D.N.Y.), filed with the United States District Court for the Southern District of New York on September 17, 2022 (re-filed on June 13, 2023).

-3-

10. Attached as Exhibit I is a true and correct copy of the Brief of the Securities and Exchange Commission, as Amicus Curiae, on Rehearing En Banc in *Hocking* v. *Dubois*, No. 85-1932 (9th Cir.), filed with the United States Court of Appeals for the Ninth Circuit on October 24, 1988.

11. Attached as Exhibit J is a true and correct copy of an excerpt from the transcript of the motions hearing held in *SEC* v. *LBRY, Inc.*, Case No. 1:21-cv-260-PB (D.N.H) on January 30, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 4, 2023  
New York, New York

By: /s/ *David P.T. Webb*  
David P.T. Webb