IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>     v.<br><br>COINBASE, INC., AND COINBASE GLOBAL, INC.,<br><br>           Defendants. | 1:23-cv-04738-KPF |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Michael R. Dreeben hereby moves this Court for an Order for admission *pro hac vice* to appear as counsel for *amici curiae* AH Capital Management, L.L.C. and Paradigm Operations LP in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I have attached the required declaration pursuant to Local Rule 1.3.

Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in case No. 1:23-cv-04738 for *amici curiae* AH Capital Management, L.L.C. and Paradigm Operations LP.

Dated: August 7, 2023 	Respectfully submitted,

By: */s/ Michael R. Dreeben*
Michael R. Dreeben
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, D.C. 20006-4061
(202) 383-5300
mdreeben@omm.com