IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>COINBASE, INC., AND COINBASE GLOBAL, INC.,<br><br>    Defendants. | 1:23-cv-04738-KPF |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Michael R. Dreeben ("Applicant") for admission *Pro Hac Vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia, and that his contact information is as follows:

> Michael R. Dreeben
> O'Melveny & Myers LLP
> 1625 Eye Street N.W.
> Washington, D.C.  20006-4061
> Tel: (202) 383-5300
> Email: mdreeben@omm.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for *amici curiae* AH Capital Management, L.L.C. and Paradigm Operations LP in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        By: _____
                                          United States District Court Judge