

# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *WILLIAM K. PAO*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that WILLIAM K. PAO, # 252637, was on the 5th day of December, 2007, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 1st day of August 2023.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____

*Biying Jia, Assistant Deputy Clerk*

State of California

# CLERK OF THE SUPREME COURT

350 McAllister Street
San Francisco, CA 94102
Phone: (415) 865-7000

Today's Date: _August 1_, 20 _23_

| | | |
|---|---|---|
| RECEIVED *from* _____ | Petition for review | $710 | ☐ |
| Case No: S _____ | Original proceeding | $710 | ☐ |
| Case Name: _____ | Responsive brief | $390 | ☐ |
| v. _____ | Certificate | $1 | ☑ ×2 |
| ☑ Cash   ☐ Check – No: _____ | Copy of opinion | $20 | ☐ |
| ☐ Money order – No: _____ | Copy of CD (oral argument) | $40 | ☐ |
| ☑ CERTIFICATE OF GOOD STANDING **CLERK OF THE COURT** | E-briefs flash drive | $40 | ☐ |
| #347520 | | | |
| #252637 By: _____ | Miscellaneous: | | ☐ |
| Deputy Clerk | | | |
| Updated 03202017 | Total | $ 2.00 | |