IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COINBASE, INC., AND COINBASE GLOBAL, INC.,<br><br>　　　　Defendants. | 1:23-cv-04738-KPF |

## DECLARATION OF MELISSA C. CASSEL

I, Melissa C. Cassel, declare as follows:

1.　　I am an associate of the law firm O'Melveny and Myers LLP, counsel for *amici curiae* AH Capital Management, L.L.C. and Paradigm Operations LP.

2.　　I submit this declaration in support of my motion for admission *pro hac vice* in the above-captioned matter.

3.　　As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the bar of the Supreme Court of California.

4.　　There are no pending disciplinary proceedings against me in any state or federal court.

5.　　I have never been convicted of a felony.

6.　　I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, and Local Civil Rules 1.3(c) and 1.9(a), that the foregoing is true

and correct to the best of my knowledge, information, and belief.

Dated: August 7, 2023                                        /s/ Melissa C. Cassel
                                                             Melissa C. Cassel