IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>COINBASE, INC., AND COINBASE GLOBAL, INC.,<br><br>    Defendants. | 1:23-cv-04738-KPF |

## DECLARATION OF ANDREW R. HELLMAN

I, Andrew R. Hellman, declare as follows:

1. I am an associate of the law firm O'Melveny and Myers LLP, counsel for *amici curiae* AH Capital Management, L.L.C. and Paradigm Operations LP.

2. I submit this declaration in support of my motion for admission *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bar of the District of Columbia and of the Supreme Court of Maryland.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, and Local Civil Rules 1.3(c) and 1.9(a), that the foregoing is true

and correct to the best of my knowledge, information, and belief.

Dated: August 7, 2023 /s/ *Andrew R. Hellman*
Andrew R. Hellman