IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>COINBASE, INC., AND COINBASE GLOBAL, INC.,<br><br>        Defendants. | 1:23-cv-04738-KPF |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Melissa C. Cassel ("Applicant") for admission *Pro Hac Vice* in the above-captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bar of the Supreme Court of California, and that her contact information is as follows:

> Melissa C. Cassel
> O'Melveny & Myers LLP
> Two Embarcadero Center, 28th Floor.
> San Francisco, CA 94111
> Tel: (415) 984-8839
> Email: mcassel@omm.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for *amici curiae* AH Capital Management, L.L.C. and Paradigm Operations LP in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 8, 2023
      New York, New York

By: _____
Hon. Katherine Polk Failla
United States District Judge

```
The Clerk of Court is directed to terminate the pending motion
at docket number 40.
```