UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X

In Re: Pro Hac Vice Admission of
Michelle S. Kallen

AFFIDAVIT IN SUPPORT OF
PRO HAC VICE ADMISSION
TO THE SOUTHERN DISTRICT
COURT OF NEW YORK

Michelle S. Kallen, being duly sworn, hereby deposes and answers as follows:

1) I have never been convicted of a felony.

2) I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3) There are no disciplinary proceedings currently pending against me.

I do solemnly swear that the above information that I provided is accurate under penalty of perjury. I also understand that the Court retains the right to deny my admission based upon the content of the responses therein.

Date: August 7, 2023              Signature _____

Sworn to before me this ___ day of
_____, 2023.

District of Columbia
Signed and Sworn to (or affirmed) before me on 8/7/23 (Date)
by _____Michelle Kallen_____
    (Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer: _____
Title of Office: Jenner & Block
My Commission Expires: 9/30/2027