

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Michelle S Kallen

was duly qualified and admitted on February 8, 2016 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August 04, 2023.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

August 7, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHELLE SHANE KALLEN, #271322 was admitted to the practice of law in this state by the Supreme Court of California on November 23, 2010 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

### Michelle Shane Kallen

was admitted to practice as an attorney and counsellor at the bar of this Court on September 13, 2018.

I further certify that so far as the records of this office are concerned, Michelle Shane Kallen is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 9th day of August

A.D. 2023

By: _____

*Deputy Clerk*