UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br><br>      Defendants. | Case No. 1:23-cv-04738<br><br>The Honorable Katherine Polk Failla<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

  The motion of Michelle S. Kallen for admission to practice *pro hac vice* in the above-captioned action is granted.

  Applicant has declared that she is an active member in good standing of the bars of the District of Columbia, Virginia, and California, and that her contact information is as follows:

  Michelle S. Kallen
  1099 New York Avenue, NW
  Suite 900
  Washington, DC 20001
  Tel: (202) 639-6093
  Fax: (202) 639-6066
  mkallen@jenner.com

  Having requested admission *pro hac vice* to appear for all purposes as counsel for amicus U.S. Senator Cynthia M. Lummis in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-entitled matter in the United States District Court for the Southern District of New York.

  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**IT IS SO ORDERED:**

Dated: _____, 2023          By: _____
                                               The Honorable Katherine Polk Failla
                                               United States District Judge