UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>v.<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br>               Defendants. | Case No. 1:23-cv-04738<br><br>The Honorable Katherine Polk Failla<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michelle S. Kallen, respectfully move this Court for an order for admission to appear *pro hac vice* as counsel for amicus U.S. Senator Cynthia M. Lummis ("Senator Lummis") in the above-captioned matter. In support of this motion, I state as follows:

1. I am a partner at Jenner & Block LLP, 1099 New York Avenue, NW, Suite 900, Washington, DC 20001, which represents Senator Lummis in the above-captioned matter.

2. I am an active member in good standing of the bars of the District of Columbia, to which I was admitted in 2016; the State of Virginia, to which I was admitted in 2018; and the State of California, to which I was admitted in 2010.

3. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any state or federal court.

4. Pursuant to Local Rule 1.3(c), attached to this Motion is my affidavit.

Dated: August 10, 2023

By: /s/ Michelle Kallen
Michelle S. Kallen
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000

Fax: (202) 639-6066
mkallen@jenner.com