AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>*Plaintiff* )<br>v. )<br>COINBASE, INC. AND COINBASE GLOBAL, INC. )<br>*Defendant* ) | Case No.  1:23-cv-04738 |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae U.S. Senator Cynthia M. Lummis .

Date:  08/11/2023

/s/ Sarah Purtill
*Attorney's signature*

Sarah A. Purtill (6049357)
*Printed name and bar number*
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036

*Address*

spurtill@jenner.com
*E-mail address*

(212) 407-1760
*Telephone number*

(212) 891-1699
*FAX number*