AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-04738 |
| COINBASE, INC. AND COINBASE GLOBAL, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae U.S. Senator Cynthia M. Lummis.

Date: 8/11/2023

/s/ Kayvan Sadeghi
*Attorney's signature*

Kayvan B. Sadeghi (4250163)
*Printed name and bar number*
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036

*Address*

ksadeghi@jenner.com
*E-mail address*

(212) 891-1652
*Telephone number*

(212) 891-1699
*FAX number*