AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission )<br>*Plaintiff* )<br>v. )<br>Coinbase, Inc. and Coinbase Global, Inc. )<br>*Defendant* ) | Case No. 23 Civ. 4738 (KPF) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Chamber of Digital Commerce.

Date: 08/11/2023

/s/ Paul W. Hughes
*Attorney's signature*

Paul W. Hughes (4728325)
*Printed name and bar number*

McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, DC 20001
*Address*

phughes@mwe.com
*E-mail address*

(202) 756-8000
*Telephone number*

(202) 756-8087
*FAX number*