AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 23 Civ. 4738 (KPF) |
| Coinbase, Inc. and Coinbase Global, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Chamber of Digital Commerce                                                                                                      .

Date:   08/11/2023

/s/ Joseph B. Evans
*Attorney's signature*

Joseph B Evans (5221775)
*Printed name and bar number*

McDermott Will & Emery
One Vanderbilt Avenue
New York, NY 10017-3852
*Address*

jbevans@mwe.com
*E-mail address*

(212) 547-5400
*Telephone number*

(212) 547-5444
*FAX number*