AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-04738 (KPF) |
| Coinbase, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae, Securities Law Scholars.

Date: 08/11/2023

/s/ Vincent Levy
*Attorney's signature*

Vincent Levy (VL2007)
*Printed name and bar number*

Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
*Address*

vlevy@hsgllp.com
*E-mail address*

(646) 837-5151
*Telephone number*

(646) 837-5150
*FAX number*