UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>v.<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br>               Defendants. | Case No. 1:23-cv-04738<br><br>The Honorable Katherine Polk Failla<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, William F. Ryan, respectfully move this Court for an order for admission to appear *pro hac vice* as counsel for amicus U.S. Senator Cynthia M. Lummis ("Senator Lummis") in the above-captioned matter. In support of this motion, I state as follows:

1. I am an Associate at Jenner & Block LLP, which represents Senator Lummis in the above-captioned matter. My office address is at Jenner & Block's London office, located at 10 Exchange Square, London, United Kingdom, EC2A 2BR.

2. I am an active member in good standing of the bar of Maryland, to which I was admitted in 2019, and a Registered Foreign Lawyer in England and Wales as of 2023;

3. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any state or federal court.

4. Pursuant to Local Rule 1.3(c), attached to this Motion is my affidavit.

Dated: August 11, 2023

By: /s/ *William F. Ryan*
William F. Ryan
10 Exchange Square
London, UK EC2A 2BR
Tel: 44 330 060 5433
Fax: 44 (0) 330 060 5499

wryan@jenner.com