UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

In Re: Pro Hac Vice Admission of
William F. Ryan

                            AFFIDAVIT IN SUPPORT OF
                            PRO HAC VICE ADMISSION
                            TO THE SOUTHERN DISTRICT
                            COURT OF NEW YORK

William F. Ryan, being duly sworn, hereby deposes and answers as follows:

1) I have never been convicted of a felony.

2) I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3) There are no disciplinary proceedings currently pending against me.

    I do solemnly swear that the above information that I provided is accurate under penalty of perjury. I also understand that the Court retains the right to deny my admission based upon the content of the responses therein.

Date: August 10, 2023                             Signature _____

Sworn to before me this 10th day of
_____, 2023.

JERALONZA A. SCHOOLS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2026

District of Columbia
Signed and sworn to (or affirmed) before me on
August 10, 2023 by William Ryan
    Date        Name(s) of Individual(s) making statement

_____
Signature of Notarial Officer

Notary
Title of Office
My commission expires: October 14, 2026