UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br>　　　　　　　Defendants. | Case No. 1:23-cv-04738<br><br>The Honorable Katherine Polk Failla<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

　　　　The motion of William F. Ryan for admission to practice *pro hac vice* in the above-captioned action is granted.

　　　　Applicant has declared that he is an active member in good standing of the bar of Maryland, and that his contact information is as follows:

　　　　William F. Ryan
　　　　10 Exchange Square
　　　　London, UK  EC2A 2BR
　　　　Tel:  44 330 060 5433
　　　　Fax:  44 (0) 330 060 5499
　　　　wryan@jenner.com

　　　　Having requested admission *pro hac vice* to appear for all purposes as counsel for amicus U.S. Senator Cynthia M. Lummis ("Senator Lummis") in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-entitled matter in the United States District Court for the Southern District of New York.

　　　　All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**IT IS SO ORDERED:**

Dated: _____, 2023     By: _____
                                         The Honorable Katherine Polk Failla
                                         United States District Judge