UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br><br>                    Defendants. | Case No. 1:23-cv-04738<br><br>The Honorable Katherine Polk Failla<br><br>**ORDER GRANTING MOTION FOR ADMISSION  PRO HAC VICE** |

The motion of William F. Ryan for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is an active member in good standing of the bar of Maryland, and that his contact information is as follows:

> William F. Ryan
> 10 Exchange Square
> London, UK  EC2A 2BR
> Tel:  44 330 060 5433
> Fax:  44 (0) 330 060 5499
> wryan@jenner.com

Having requested admission *pro hac vice* to appear for all purposes as counsel for amicus U.S. Senator Cynthia M. Lummis ("Senator Lummis") in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-entitled matter in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**IT IS SO ORDERED:**

Dated: August 15, 2023  
       New York, New York

By: _____
The Honorable Katherine Polk Failla
United States District Judge

The Clerk of Court is directed to terminate the pending motion at docket number 61.