AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-04738 |
| COINBASE, INC. AND COINBASE GLOBAL, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae The Chamber of Digital Commerce.

Date: 08/22/2023

/s/ Brianna A. Perez
*Attorney's signature*

Brianna A. Perez (5853916)
*Printed name and bar number*

McDermott Will & Emery
1 Vanderbilt Ave
New York, NY 10017
*Address*

bperez@mwe.com
*E-mail address*

(212) 547-5677
*Telephone number*

(212) 547-5444
*FAX number*