UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br>　　　　　　　Defendants. | Case No. 1:23-cv-04738<br><br>The Honorable Katherine Polk Failla<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Patrick V. Kennedy, respectfully move this Court for an order for admission to appear *pro hac vice* as counsel for amicus The Chamber of Digital Commerce in the above-captioned matter. In support of this motion, I state as follows:

1. I am an Associate at McDermott Will & Emery, which represents the Chamber of Digital Commerce in the above-captioned matter. My office address is at McDermott Will & Emery's New York office, located at 1 Vanderbilt Ave, New York, NY 10017.

2. I am an active member in good standing of the bar of New York, to which I was admitted in 2020.

3. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any state or federal court.

4. Pursuant to Local Rule 1.3(c), attached to this Motion is my affidavit.

Dated: August 22, 2023

By: /s/ *Patrick V. Kennedy*
Patrick V. Kennedy
1 Vanderbilt Ave
New York, NY 10017
Tel: (212) 547-5759
pkennedy@mwe.com