UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X

In Re: Pro Hac Vice Admission of
Patrick V. Kennedy

AFFIDAVIT IN SUPPORT OF
PRO HAC VICE ADMISSION
TO THE SOUTHERN DISTRICT
COURT OF NEW YORK

Patrick V. Kennedy, being duly sworn, hereby deposes and answers as follows:

1) I have never been convicted of a felony.

2) I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3) There are no disciplinary proceedings currently pending against me.

I do solemnly swear that the above information that I provided is accurate under penalty of perjury. I also understand that the Court retains the right to deny my admission based upon the content of the responses therein.

Date: August 22, 2023              Signature: *Patrick V Kennedy*

*Patricia L. Correa*
PATRICIA LOUGHLIN CORREA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO4684046
Qualified in New York County
My Commission Expires 11-13-2026