UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>v.<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br><br>                  Defendants. | Case No. 1:23-cv-04738<br><br>The Honorable Katherine Polk Failla<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

The motion of Patrick V. Kennedy for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is an active member in good standing of the bar of New York, and that his contact information is as follows:

    Patrick V. Kennedy
    1 Vanderbilt Ave
    New York, NY 10017
    Tel: (212) 547-5759
    pkennedy@mwe.com

Having requested admission *pro hac vice* to appear for all purposes as counsel for amicus The Chamber of Digital Commerce in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-entitled matter in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**IT IS SO ORDERED:**

Dated: _____, 2023                  By: _____
                                                                                The Honorable Katherine Polk Failla
                                                                                  United States District Judge