UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> -against-<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.<br><br>      Defendants. | 23 Civ. 04738 (KPF) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Patrick R. Costello, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff U.S. Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bars of the states of Georgia and Florida, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Pursuant to Local Civil Rules 1.3(c) and 1.9(a), I have attached the required declaration.

Wherefore, I respectfully request that I be permitted to appear as counsel and advocate Pro Hac Vice in the above-captioned action for Plaintiff U.S. Securities and Exchange Commission.

| | |
|---|---|
| Dated:  September 25, 2023 | Respectfully submitted, |

/s/ Patrick R. Costello
Patrick R. Costello
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5949
(202) 551-3982
Email: costellop@sec.gov

Peter A. Mancuso
Nicholas C. Margida
Ben N. Kuruvilla
Elizabeth Goody
Ladan F. Stewart
U.S. Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004
(212) 336-1100

*Counsel for Plaintiff*
*U.S. Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I certify that on September 25, 2023, I caused a copy of the foregoing Motion for Admission Pro Hac Vice, including attachments thereto, to be served by ECF on all parties who have made an ECF appearance.

/s/ Patrick R. Costello
Patrick R. Costello

*Counsel for Plaintiff*
*U.S. Securities and Exchange Commission*