UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                **Plaintiff,**<br><br>  -against-<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.<br><br>                **Defendants.** | 23 Civ. 04738 (KPF) |

### **DECLARATION OF PATRICK R. COSTELLO**

Pursuant to Local Civil Rules 1.3(c) and 1.9(a), I, Patrick R. Costello, hereby declare as follows:

1. I am an attorney with the Division of Enforcement of the U.S. Securities and Exchange Commission.

2. I submit this declaration in support of my Motion for admission to practice Pro Hac Vice in the above-captioned matter.

3. As shown in the attached Certificates of Good Standing, I am a member in good standing of the bars of the states of Georgia and Florida. As I am appearing for a federal agency, the attached Certificates have been issued within one year of the filing hereof as permitted by Local Civil Rule 1.3(c).

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2023

Respectfully submitted,

*/s/ Patrick R. Costello*
Patrick R. Costello
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5949
(202) 551-3982
Email: costellop@sec.gov