UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> -against-<br><br>COINBASE, INC., AND COINBASE GLOBAL, INC.<br><br>      Defendants. | 23 Civ. 04738 (KPF) |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Patrick R. Costello ("Applicant"), for admission to practice Pro Hac Vice in the above captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bars of the states of Georgia and Florida; and that his contact information is as follows:

>  Patrick R. Costello
>  U.S. Securities and Exchange Commission
>  100 F Street, N.E.
>  Washington, D.C.  20549-5949
>  Tel: (202) 551-3982
>  Email:  costellop@sec.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff U.S. Securities and Exchange Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 26, 2023
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

```
The Clerk of Court is directed to terminate the pending motion at
docket number 67.
```