UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

**In Re: Pro Hac Vice Admission of**
**Orlando Economos**

AFFIDAVIT IN SUPPORT OF
PRO HAC VICE ADMISSION
TO THE SOUTHERN DISTRICT
COURT OF NEW YORK

Orlando Economos, being duly sworn, hereby deposes and answers as follows:

1) I have never been convicted of a felony.

2) I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3) There are no disciplinary proceedings currently pending against me.

I do solemnly swear that the above information that I provided is accurate under penalty of perjury. I also understand that the court retains the right to deny my admission based upon the content of the responses therein.

Date: October 6, 2023                Signature: _Orlando C Economos_    10/04/2023

Denton, Texas
Sworn to me on this 4th day of October, 2023.



_Tiana L. Tranowicz_
ID NUMBER 13367542-3
COMMISSION EXPIRES April 25, 2026

Notarized online using audio-video communication