UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>      -against-<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.<br><br>       Defendants. | 23 Civ. 04738 (KPF) |

## MOTION FOR ADMISSION PRO HAC VICE

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Sarah Goetz, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for amici Administrative Law Scholars, Todd Phillips and Beau Baumann in the above-captioned action.

  I am a member in good standing of the bar of the state of New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

  Pursuant to Local Civil Rules 1.3(c) and 1.9(a), I have attached the required declaration. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate Pro Hac Vice in the above-captioned action for amici Administrative Law Scholars, Todd Phillips and Beau Baumann.

Dated: October 6, 2023

        Respectfully submitted,

        */s/ Sarah Goetz*

Sarah Goetz
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
sgoetz@democracyforward.org

## CERTIFICATE OF SERVICE

I certify that on October 6 , 2023, I caused a copy of the foregoing Motion for Admission Pro Hac Vice, including attachments thereto, to be served by ECF on all parties who have made an ECF appearance.

                                                   */s/ Sarah Goetz*

                                                   Sarah Goetz

                                                   *Counsel for Amici*
                                                   *Administrative Law Scholars,*
                                                   *Todd Phillips and Beau Baumann*