UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

In Re: Pro Hac Vice Admission of
Sarah Goetz

AFFIDAVIT IN SUPPORT OF
PRO HAC VICE ADMISSION
TO THE SOUTHERN DISTRICT
COURT OF NEW YORK

Sarah Goetz, being duly sworn, hereby deposes and answers as follows:

1) I have never been convicted of a felony.

2) I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3) There are no disciplinary proceedings currently pending against me.

I do solemnly swear that the above information that I provided is accurate under penalty of perjury. I also understand that the court retains the right to deny my admission based upon the content of the responses therein.

Date: October 6, 2023            Signature: _____

State of Florida
County of Hillsborough

Sworn to me on this  6 th day of ____October____, 2023. By Sarah Ruth Goetz who produced a(n) Passport as identification.

JUSTIN DAVID BARNARD
Notary Public - State of Florida
Commission # HH 378282
Expires on March 23, 2027

Justin David Barnard
Online Notary
Notarized online using audio-video communication