UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X

In Re: Pro Hac Vice Admission of
Orlando Economos

AFFIDAVIT IN SUPPORT OF<br>PRO HAC VICE ADMISSION<br>TO THE SOUTHERN DISTRICT<br>COURT OF NEW YORK

Orlando Economos, being duly sworn, hereby deposes and answers as follows:

1) I have never been convicted of a felony.

2) I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3) There are no disciplinary proceedings currently pending against me.

I do solemnly swear that the above information that I provided is accurate under penalty of perjury. I also understand that the court retains the right to deny my admission based upon the content of the responses therein.

Date: October 6, 2023                                Signature: [signature]

Sworn to me on this 6th day of October, 2023.

George A. Tsougarakis
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01TS6438642
Qualified in New York County
Commission Expires August 15, 2026