UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br><br>          Defendants. | Case No. 1:23-cv-04738<br><br>The Honorable Katherine Polk Failla<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

The motion of Orlando Economos for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is an active member in good standing of the bar of the state of New York, and that his contact information is as follows:

Orlando Economos
P.O. Box 34553
Washington, DC 20043
Tel:  (202) 448-9090
oeconomos@democracyforward.org

Having requested admission *pro hac vice* to appear for all purposes as counsel for amici Administrative Law Scholars Todd Phillips and Beau Baumann in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-entitled matter in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**IT IS SO ORDERED:**

Dated: _____, 2023          By: _____
                                              The Honorable Katherine Polk Failla
                                              United States District Judge