# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In Re: Pro Hac Vice Admission of
**Sarah Goetz**

AFFIDAVIT IN SUPPORT OF
PRO HAC VICE ADMISSION
TO THE SOUTHERN DISTRICT
COURT OF NEW YORK

Sarah Goetz, being duly sworn, hereby deposes and answers as follows:

1) I have never been convicted of a felony.

2) I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3) There are no disciplinary proceedings currently pending against me.

     I do solemnly swear that the above information that I provided is accurate under penalty of perjury. I also understand that the court retains the right to deny my admission based upon the content of the responses therein.

Date: October 7, 2023

Signature: _____

Sworn to me on this 7th th day of
_____October_____, 2023.

District of Columbia
Signed and sworn to (or affirmed) before me
on 10/7/23 by Sarah Goetz
(Date)    Name(s) of Individual(s) Making Statement
Signature of Notarial Officer: _____
Title of Office: Notary public
My Commission Expires: 6/30/26

JAMIL ROBINSON
NOTARY
EXP. 06/30/2026
PUBLIC
DISTRICT OF COLUMBIA