AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23 Civ. 4738 (KPF) |
| Coinbase, Inc. and Coinbase Global, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

North American Securities Administrators Association, Inc.

Date: 10/10/2023

/s/ Vincente L. Martinez
*Attorney's signature*

Vincente L. Martinez (VM5239)
*Printed name and bar number*

North American Securities
Administrators Association, Inc.
750 First Street, NE, Suite 990
Washington, DC 20002
*Address*

vmartinez@nasaa.org
*E-mail address*

(202) 683-2302
*Telephone number*

(202) 783-3571
*FAX number*