# WACHTELL, LIPTON, ROSEN & KATZ

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | DAVID C. KARP | 51 WEST 52ND STREET | BENJAMIN M. ROTH | JOHN R. SOBOLEWSKI |
| HERBERT M. WACHTELL | RICHARD K. KIM | NEW YORK, N.Y. 10019-6150 | JOSHUA A. FELTMAN | STEVEN WINTER |
| THEODORE N. MIRVIS | JOSHUA R. CAMMAKER | | ELAINE P. GOLIN | EMILY D. JOHNSON |
| EDWARD D. HERLIHY | MARK GORDON | TELEPHONE: (212) 403-1000 | EMIL A. KLEINHAUS | JACOB A. KLING |
| DANIEL A. NEFF | JEANNEMARIE O'BRIEN | FACSIMILE: (212) 403-2000 | KARESSA L. CAIN | RAAJ S. NARAYAN |
| ANDREW R. BROWNSTEIN | WAYNE M. CARLIN | | RONALD C. CHEN | VIKTOR SAPEZHNIKOV |
| STEVEN A. ROSENBLUM | STEPHEN R. DiPRIMA | GEORGE A. KATZ (1965-1989) | BRADLEY R. WILSON | MICHAEL J. SCHOBEL |
| JOHN F. SAVARESE | NICHOLAS G. DEMMO | JAMES H. FOGELSON (1967-1991) | GRAHAM W. MELI | ELINA TETELBAUM |
| SCOTT K. CHARLES | IGOR KIRMAN | LEONARD M. ROSEN (1965-2014) | GREGORY E. PESSIN | ERICA E. BONNETT |
| JODI J. SCHWARTZ | JONATHAN M. MOSES | | CARRIE M. REILLY | LAUREN M. KOFKE |
| ADAM O. EMMERICH | T. EIKO STANGE | OF COUNSEL | MARK F. VEBLEN | ZACHARY S. PODOLSKY |
| RALPH M. LEVENE | WILLIAM SAVITT | | SARAH K. EDDY | RACHEL B. REISBERG |
| RICHARD G. MASON | GREGORY E. OSTLING | MICHAEL H. BYOWITZ / ERIC M. ROSOF | VICTOR GOLDFELD | MARK A. STAGLIANO |
| ROBIN PANOVKA | DAVID B. ANDERS | KENNETH B. FORREST / ERIC M. ROTH | RANDALL W. JACKSON | CYNTHIA FERNANDEZ |
| DAVID A. KATZ | ADAM J. SHAPIRO | SELWYN B. GOLDBERG / PAUL K. ROWE | BRANDON C. PRICE | LUMERMANN |
| ILENE KNABLE GOTTS | NELSON O. FITTS | PETER C. HEIN / DAVID A. SCHWARTZ | KEVIN S. SCHWARTZ | CHRISTINA C. MA |
| JEFFREY M. WINTNER | JOSHUA M. HOLMES | JB KELLY / MICHAEL J. SEGAL | MICHAEL S. BENN | NOAH B. YAVITZ |
| TREVOR S. NORWITZ | DAVID E. SHAPIRO | MEYER G. KOPLOW / DAVID M. SILK | ALISON ZIESKE PREISS | BENJAMIN S. ARFA |
| BEN M. GERMANA | DAMIAN G. DIDDEN | JOSEPH D. LARSON / ROSEMARY SPAZIANI | TIJANA J. DVORNIC | NATHANIEL D. CULLERTON |
| ANDREW J. NUSSBAUM | IAN BOCZKO | LAWRENCE S. MAKOW / ELLIOTT V. STEIN | JENNA E. LEVINE | ERIC M. FEINSTEIN |
| RACHELLE SILVERBERG | MATTHEW M. GUEST | DOUGLAS K. MAYER / WARREN R. STERN | RYAN A. McLEOD | ADAM L. GOODMAN |
| STEVEN A. COHEN | DAVID E. KAHAN | PHILIP MINDLIN / LEO E. STRINE, JR.* | ANITHA REDDY | |
| DEBORAH L. PAUL | DAVID K. LAM | DAVID S. NEILL / PAUL VIZCARRONDO, JR. | JOHN L. ROBINSON | |
| | | HAROLD S. NOVIKOFF / PATRICIA A. VLAHAKIS | | |
| | | LAWRENCE B. PEDOWITZ / AMY R. WOLF | | |
| | | ERIC S. ROBINSON / MARC WOLINSKY | | |

\* ADMITTED IN DELAWARE

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | ANGELA K. HERRING |
| SUMITA AHUJA | MARK A. KOENIG |
| LOUIS J. BARASH | CARMEN X.W. LU |
| FRANCO CASTELLI | J. AUSTIN LYONS |
| ANDREW J.H. CHEUNG | ALICIA C. McCARTHY |
| SWIFT S.O. EDGAR | JUSTIN R. ORR |
| PAMELA EHRENKRANZ | NEIL M. SNYDER |
| KATHRYN GETTLES-ATWA | JEFFREY A. WATIKER |
| ADAM M. GOGOLAK | |

Direct Dial: (212) 403-1329
Direct Fax: (212) 403-2329
E-Mail: WDSavitt@wlrk.com

October 24, 2023

<u>Via ECF</u>

The Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  *Securities and Exchange Commission* v. *Coinbase, Inc. and Coinbase Global, Inc.*, 23 Civ. 4738 (KPF)

Dear Judge Failla:

  Pursuant to Rule 4.E of Your Honor's Individual Rules of Practice in Civil Cases, defendants in the above-referenced action respectfully request oral argument on their Motion for Judgment on the Pleadings (Dkt. 35).

             Respectfully,

             */s/ William Savitt*

             William Savitt