AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23 Civ. 04738 (KPF) |
| COINBASE, INC., AND COINBASE GLOBAL, INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NEW FINANCE INSTITUTE (Amicus Curiae)   .

Date:   10/25/2023

S/ Scott D. Brenner
*Attorney's signature*

Scott D. Brenner, Esq. (SB 4264)
*Printed name and bar number*

Parlatore Law Group LLP
260 Madison Avenue, 17th Floor
New York, NY 10016
*Address*

scott.brenner@parlatorelawgroup.com
*E-mail address*

(646) 330-4725
*Telephone number*

(646) 417-6422
*FAX number*