# Wachtell, Lipton, Rosen & Katz

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

MARTIN LIPTON, HERBERT M. WACHTELL, THEODORE N. MIRVIS, EDWARD D. HERLIHY, DANIEL A. NEFF, ANDREW R. BROWNSTEIN, STEVEN A. ROSENBLUM, JOHN F. SAVARESE, SCOTT K. CHARLES, JODI J. SCHWARTZ, ADAM O. EMMERICH, RALPH M. LEVENE, RICHARD G. MASON, ROBIN PANOVKA, DAVID A. KATZ, ILENE KNABLE GOTTS, JEFFREY M. WINTNER, TREVOR S. NORWITZ, BEN M. GERMANA, ANDREW J. NUSSBAUM, RACHELLE SILVERBERG, STEVEN A. COHEN, DEBORAH L. PAUL, DAVID C. KARP, RICHARD K. KIM, JOSHUA R. CAMMAKER, MARK GORDON, JEANNEMARIE O'BRIEN, WAYNE M. CARLIN, STEPHEN R. DiPRIMA, NICHOLAS G. DEMMO, IGOR KIRMAN, JONATHAN M. MOSES, T. EIKO STANGE, WILLIAM SAVITT, GREGORY E. OSTLING, DAVID B. ANDERS, ADAM J. SHAPIRO, NELSON O. FITTS, JOSHUA M. HOLMES, DAVID E. SHAPIRO, DAMIAN G. DIDDEN, IAN BOCZKO, MATTHEW M. GUEST, DAVID E. KAHAN, DAVID K. LAM

BENJAMIN M. ROTH, JOSHUA A. FELTMAN, ELAINE P. GOLIN, EMIL A. KLEINHAUS, KARESSA L. CAIN, RONALD C. CHEN, BRADLEY R. WILSON, GRAHAM W. MELI, GREGORY E. PESSIN, CARRIE M. REILLY, MARK F. VEBLEN, SARAH K. EDDY, VICTOR GOLDFELD, RANDALL W. JACKSON, BRANDON C. PRICE, KEVIN S. SCHWARTZ, MICHAEL S. BENN, ALISON ZIESKE PREISS, TIJANA J. DVORNIC, JENNA E. LEVINE, RYAN A. McLEOD, ANITHA REDDY, JOHN L. ROBINSON, JOHN R. SOBOLEWSKI, STEVEN WINTER, EMILY D. JOHNSON, JACOB A. KLING, RAAJ S. NARAYAN, VIKTOR SAPEZHNIKOV, MICHAEL J. SCHOBEL, ELINA TETELBAUM, ERICA E. BONNETT, LAUREN M. KOFKE, ZACHARY S. PODOLSKY, RACHEL B. REISGER, MARK A. STAGLIANO, CYNTHIA FERNANDEZ LUMERMANN, CHRISTINA C. MA, NOAH B. YAVITZ, BENJAMIN S. ARFA, NATHANIEL D. CULLERTON, ERIC M. FEINSTEIN, ADAM L. GOODMAN

OF COUNSEL

MICHAEL H. BYOWITZ, KENNETH B. FORREST, SELWYN B. GOLDBERG, PETER C. HEIN, JB KELLY, MEYER G. KOPLOW, JOSEPH D. LARSON, LAWRENCE S. MAKOW, DOUGLAS K. MAYER, PHILIP MINDLIN, DAVID S. NEILL, HAROLD S. NOVIKOFF, LAWRENCE B. PEDOWITZ, ERIC S. ROBINSON, ERIC M. ROSOF, ERIC M. ROTH, PAUL K. ROWE, DAVID A. SCHWARTZ, MICHAEL J. SEGAL, DAVID M. SILK, ROSEMARY SPAZIANI, ELLIOTT V. STEIN, WARREN R. STERN, LEO E. STRINE, JR.*, PAUL VIZCARRONDO, JR., PATRICIA A. VLAHAKIS, AMY R. WOLF, MARC WOLINSKY

* ADMITTED IN DELAWARE

COUNSEL

DAVID M. ADLERSTEIN, SUMITA AHUJA, LOUIS J. BARASH, FRANCO CASTELLI, ANDREW J.H. CHEUNG, SWIFT S.O. EDGAR, PAMELA EHRENKRANZ, KATHRYN GETTLES-ATWA, ADAM M. GOGOLAK, ANGELA K. HERRING, MARK A. KOENIG, CARMEN X.W. LU, J. AUSTIN LYONS, ALICIA C. McCARTHY, JUSTIN R. ORR, NEIL M. SNYDER, JEFFREY A. WATIKER

Direct Dial: (212) 403-1329
Direct Fax: (212) 403-2329
E-Mail: WDSavitt@wlrk.com

November 3, 2023

<u>Via ECF</u>

The Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  *Securities and Exchange Commission* v. *Coinbase, Inc. and Coinbase Global, Inc.*, 23 Civ. 4738 (KPF)

Dear Judge Failla:

  Coinbase thanks the Court for its consideration with respect to the filing error concerning ECF No. 77. *See* ECF No. 88. Coinbase had access to the NASAA's *amicus* brief when it filed its reply brief. Like the SEC's positions, the NASAA's arguments are foreclosed by statutory text and eight decades of case law. *See* Mot. 6-21, 27-30; Reply 1-11, 14-15.

  Coinbase looks forward to the January 17, 2024 oral argument in this matter.

              Respectfully,

              */s/ William Savitt*

              William Savitt