November 16, 2023

<u>Via ECF</u>
The Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re: *Securities and Exchange Commission* v. *Coinbase, Inc. and Coinbase Global, Inc.*, 23 Civ. 4738 (KPF)

Dear Judge Failla:

  Pursuant to the Court's October 25, 2023 order concerning a schedule for the January 17, 2024 oral argument on the pending Motion for Judgment on the Pleadings, defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase") and plaintiff Securities and Exchange Commission ("SEC") respectfully propose that the four hours allotted for argument be divided equally between Coinbase and the SEC.

  The parties believe the arguments and positions stated by the *amici* are adequately set forth in the briefs. In accordance with the Court's order, the parties have conferred with their respective *amici* on this matter.

                  Respectfully,

_____    _____
Patrick R. Costello            William Savitt
Securities and Exchange Commission    Wachtell, Lipton, Rosen & Katz

cc: Steven R. Peikin, Esq.
   Sullivan & Cromwell LLP

   Nicholas C. Margida, Esq.
   Peter A. Mancuso, Esq.
   Securities and Exchange Commission