November 16, 2023

<u>Via ECF</u>
The Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

                Re:    *Securities and Exchange Commission* v. *Coinbase, Inc. and Coinbase Global, Inc.*, 23 Civ. 4738 (KPF)

Dear Judge Failla:

      Pursuant to the Court's October 25, 2023 order concerning a schedule for the January 17, 2024 oral argument on the pending Motion for Judgment on the Pleadings, defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase") and plaintiff Securities and Exchange Commission ("SEC") respectfully propose that the four hours allotted for argument be divided equally between Coinbase and the SEC.

      The parties believe the arguments and positions stated by the *amici* are adequately set forth in the briefs. In accordance with the Court's order, the parties have conferred with their respective *amici* on this matter.

                                                            Respectfully,

| | |
|---|---|
| _____ | _____ |
| Patrick R. Costello | William Savitt |
| Securities and Exchange Commission | Wachtell, Lipton, Rosen & Katz |

cc:    Steven R. Peikin, Esq.
        Sullivan & Cromwell LLP

        Nicholas C. Margida, Esq.
        Peter A. Mancuso, Esq.
        Securities and Exchange Commission

```
The Court is in receipt of the parties' joint letter regarding the
schedule for the January 17, 2024 oral argument and accepts the
parties' proposal.
```

                                                                              SO ORDERED.

```
Dated:    November 17, 2023
          New York, New York
```

                                                      HON. KATHERINE POLK FAILLA
                                                      UNITED STATES DISTRICT JUDGE