UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>        v.<br><br>COINBASE, INC., AND COINBASE GLOBAL, INC.,<br><br>    Defendants. | 1:23-cv-04738-KPF |

### NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 1.4

PLEASE TAKE NOTICE that attorney Michael R. Dreeben is hereby withdrawn as counsel of record in the above-captioned matter for *amici curiae* AH Capital Management, L.L.C. and Paradigm Operations LP. In support of this notice and in conformance with Local Rule 1.4, the undersigned counsel states the following:

1. Mr. Dreeben has left the law firm of O'Melveny & Myers LLP, effective December 8, 2023, and no longer represents AH Capital Management, L.L.C. and Paradigm Operations LP in this matter.

2. O'Melveny & Myers LLP continues to be counsel of record in this matter for AH Capital Management, L.L.C. and Paradigm Operations LP and the undersigned attorneys maintain their appearances.

3. There is no retaining or charging lien, and no party will suffer any prejudice or delay by Mr. Dreeben's withdrawal from this litigation.

DATED: December 15, 2023
         Washington, DC

Respectfully submitted,

O'MELVENY & MYERS LLP


By: /s/ William K. Pao

O'MELVENY & MYERS LLP
William K. Pao (*pro hac vice*)
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-7272
Facsimile: (213) 430-6407
wpao@omm.com

Melissa C. Cassel (*pro hac vice*)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8839
Facsimile: (415) 984-8701
mcassel@omm.com

Andrew R. Hellman (*pro hac vice*)
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
andrewhellman@omm.com

*Attorneys for AH Capital Management, L.L.C. and Paradigm Operations LP*