UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> -against-<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.<br><br>      Defendants. | 23 Civ. 04738 (KPF) |

## MOTION FOR WITHDRAWAL OF ATTORNEY

  Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached hereto withdrawing Ladan Stewart as counsel of record in this action for Plaintiff. Ms. Stewart is leaving the SEC's employ. The SEC continues to be represented by the other counsel of record in this matter.

Dated:  New York, New York
     January 19, 2024

                /s/ Ladan F. Stewart_____
                Ladan F. Stewart
                *Attorney for Plaintiff*
                SECURITIES AND EXCHANGE COMMISSION
                100 Pearl Street, Suite 20-100
                New York, NY 10004
                stewartla@sec.gov