UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    -against-

COINBASE, INC. AND COINBASE GLOBAL, INC.

                Defendants.

23 Civ. 04738 (KPF)

## ORDER REMOVING ATTORNEY

It is ORDERED that, for good cause shown, Ladan Stewart is removed as counsel of record for Plaintiff in this matter. The Clerk of Court is directed to note on the docket that her representation of Plaintiff is terminated.

The Court wishes Ms. Stewart the best in her future endeavors.

The Clerk of Court is directed to terminate the pending motion at docket entry 99, and to terminate Ms. Stewart from the docket.

Dated:    January 22, 2024
            New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE