UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

                                                       Case No. 1:23-cv-04738 (KPF)
        -against-

COINBASE, INC., et al.,
                        Defendants

### DECLARATION OF ALISON B. MILLER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Alison B. Miller, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. As of March 29, 2024, I will no longer be associated with Holwell Shuster & Goldberg LLP, counsel for Amici Curiae, Securities Law Scholars ("Amici").

2. Vincent Levy, of Holwell Shuster & Goldberg LLP will continue representing Amici, and my withdrawal will not affect the posture of the case or any of the pending case deadlines.

3. I am not asserting a retaining or a charging lien.

Dated: New York, New York
         March 28, 2024

                                              By: s/Alison B. Miller
                                                 Alison B. Miller