UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------
SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

        -against-                                Case No. 1:23-cv-04738 (KPF)

COINBASE, INC., et al.,

                        Defendants

**MEMO ENDORSED**

-------------------------------------------------------------------------------

## MOTION OF ALISON B. MILLER TO WITHDRAW AS COUNSEL

To the Clerk of the Court and all parties of record:

      PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the accompanying Declaration of Alison B. Miller in support, undersigned counsel hereby moves for an Order granting permission to withdraw as counsel for Amici Curiae, Securities Law Scholars ("Amici"), in the above-captioned case. Vincent Levy, of Holwell Shuster & Goldberg LLP, will continue to represent Amici.

Dated: New York, New York
       March 28, 2024

                                                      s/Alison B. Miller
                                                      Alison B. Miller
                                                      Holwell Shuster & Goldberg LLP
                                                      425 Lexington Avenue, 14th floor
                                                      New York, NY 10017

Application GRANTED. The Clerk of Court is directed to terminate the pending motion at docket number 106.

Dated: March 29, 2024  
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE