**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          *Plaintiff*,<br><br>  v.<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br><br>          *Defendants*. | 23 Civ. 4738 (KPF) |

**NOTICE OF COINBASE'S MOTION TO
CERTIFY INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Coinbase's Motion to Certify Interlocutory Appeal Under 28 U.S.C. § 1292(b) dated April 12, 2024, and such other and further papers and proceedings as may be filed or had, Defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase"), by and through undersigned counsel, hereby move this Court before the Honorable Katherine Polk Failla, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, to certify for interlocutory appeal, pursuant to 28 U.S.C. § 1292(b), the Court's March 27, 2024 order on Coinbase's Motion for Judgment on the Pleadings.

-2-

Dated:  April 12, 2024
New York, New York

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ *William Savitt*
William Savitt
Kevin S. Schwartz
Sarah K. Eddy
Adam M. Gogolak
David P.T. Webb
Emily R. Barreca
51 West 52nd Street
New York, New York  10019
(212) 403-1000
wdsavitt@wlrk.com


Steven R. Peikin
Kathleen S. McArthur
James M. McDonald
Julia A. Malkina
Olivia G. Chalos
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
(212) 558-4000

*Attorneys for Defendants*