April 18, 2024

<u>Via ECF</u>

The Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Securities and Exchange Commission v. Coinbase, Inc. et al.*, 23 Civ. 4738 (KPF)

Dear Judge Failla:

    Plaintiff Securities and Exchange Commission ("SEC") and defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase") respectfully submit this letter, pursuant to Rule 2(D) of the Court's Individual Rules of Practice in Civil Cases, to request a fourteen-day extension to the current deadline by which the SEC must respond to Coinbase's motion to certify interlocutory appeal under 28 U.S.C. § 1292(b) (Dkt. No. 110). The SEC's current deadline to file its response to Coinbase's motion is April 26, 2024. Local Civ Rule 6.1(b). Concomitantly, the parties respectfully request that the Court extend by seven days the deadline by which Coinbase must reply to the SEC's response.

    Given the beginning of fact discovery and the issues raised in the motion, the parties respectfully submit that good cause exists to grant the modest extension requested by the parties. The parties have not previously requested an extension of time, and the requested extension would not affect any other pending deadlines in this case.

    The parties accordingly jointly propose the following deadlines: (a) any amicus briefs in support of Coinbase's motion due April 26, 2024; (b) SEC's opposition brief due May 10, 2024; (c) any amicus briefs in support of SEC's opposition due May 17, 2024; and (d) Coinbase's reply brief due May 24, 2024.

                                                        Respectfully submitted,

                                                       Peter A. Mancuso
                                                       *Counsel for Plaintiff*

                                                       Kevin S. Schwartz
                                                       *Counsel for Defendants*

Cc: All counsel of record (via ECF)