AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-04738 |
| Coinbase, Inc. and Coinbase Global, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

4,701 Coinbase Customers.

Date: 04/19/2024

/s/ John E. Deaton
*Attorney's signature*

John E. Deaton, Esq. CT31415
*Printed name and bar number*

8 Mohill Ave.
Swansea, MA 02777

*Address*

all-deaton@deatonlawfirm.com
*E-mail address*

(877) 351-9818
*Telephone number*

*FAX number*