UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> *Plaintiff,* : <br> : <br> v. : <br> : <br> COINBASE, INC. and COINBASE GLOBAL, : <br> INC., : <br> : <br> *Defendants,* : | Case No. 1:23-cv-04738 (KPF) |

**DECLARATION OF JOHN DEATON IN SUPPORT OF JOHN DEATON'S BRIEF ON BEHALF OF 4,701 COINBASE CUSTOMERS, AS *AMICI CURIAE* IN SUPPORT OF COINBASE'S MOTION TO CERTIFY INTERLOCUTORY APPEAL**

I, John E. Deaton, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney duly admitted to practice in the United States District Court for the Southern District of New York. I am managing partner at the Deaton Law Firm and I submit this declaration in support of my brief on Behalf of 4,701 Coinbase Customers, as Amici Curiae in Support of Coinbase's Motion to Certify Interlocutory Appeal.

2. Attached as **Exhibit A** is a true and correct copy of one XRP Holder affidavit contained in ECF 831-26, filed with the United States District Court for the Southern District of New York on June 13, 2023.

3. Attached as **Exhibit B** is a true and correct copy of the hearing transcript held in *SEC v. LBRY, Inc.*, No. 21 Civ. 260, 2022 WL 16744741, on January 30, 2023.

4. Attached as **Exhibit C** is a true and correct copy of the hearing transcript held in *SEC v. LBRY, Inc.*, No. 21 Civ. 260, 2022 WL 16744741, on November 21, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 26, 2024  
Swansea, MA

By: /s/ *John E. Deaton*  
John E. Deaton