AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-4738 |
| COINBASE, INC. AND COINBASE GLOBAL, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BLOCKCHAIN ASSOCIATION         .

Date:  04/26/2024

/s/ Donald B. Verrilli, Jr.
*Attorney's signature*

Donald B. Verrilli, Jr.
*Printed name and bar number*

Munger, Tolles & Olson LLP
601 Massachusetts Avenue NW
Suite 500E
Washington, DC 20001
*Address*

Donald.Verrilli@mto.com
*E-mail address*

(202) 220-1100
*Telephone number*

(202) 220-2300
*FAX number*