UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br> -against-<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.<br><br>       Defendants. | 23 Civ. 04738 (KPF) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, David S. Mendel hereby moves this Court for an Order for admission *pro hac vice* to appear as counsel for Plaintiff U.S. Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bars of New York and the District of Columbia, and I am a member in good standing (with inactive status) of the bar of Massachusetts. Attached herewith are certificates of good standing for these jurisdictions. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, and I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Pursuant to Local Civil Rules 1.3(c) and 1.9(a), I have attached the required declaration.

1

Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for Plaintiff U.S. Securities and Exchange Commission.

Dated:  May 2, 2024                                            Respectfully submitted,

*/s/ David S. Mendel*
David S. Mendel
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4418
mendeld@sec.gov

Nicholas C. Margida
Patrick R. Costello
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

Jorge G. Tenreiro
Peter A. Mancuso
U.S. Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004
(212) 336-1100

*Counsel for Plaintiff*
*U.S. Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I certify that on May 2, 2024, I caused a copy of the foregoing Motion for Admission *Pro Hac Vice*, including attachments thereto, to be served by ECF on all parties who have made an ECF appearance.

/s/ David S. Mendel
David S. Mendel

*Counsel for Plaintiff*
*U.S. Securities and Exchange Commission*