UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                         **Plaintiff,**<br><br>    -against-<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.<br><br>                        **Defendants.** | 23 Civ. 04738 (KPF) |

## DECLARATION OF DAVID S. MENDEL

I, David S. Mendel, declare as follows:

1.      I am an attorney in the Division of Enforcement of the U.S. Securities and Exchange Commission (the "SEC"). I am based in the SEC's home office located at 100 F St., N.E., Washington, D.C. 20549. I make this declaration in support of my Motion for Admission *Pro Hac Vice* in the above-captioned matter ("Motion").

2.      I am a member in good standing of the bars of New York and the District of Columbia, and I am a member in good standing (with inactive status) of the bar of Massachusetts. Attached to the Motion are certificates of good standing for these jurisdictions. As I am appearing for a federal agency, the certificates have been issued within one year of the filing hereof as permitted by Local Civil Rule 1.3(c).

3.      There are no pending disciplinary proceedings against me in any state or federal court.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred, or denied admission or

readmission by any court.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, and Local Civil Rules 1.3(c) and 1.9(a), that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 2, 2024    Respectfully submitted,

/s/ David S. Mendel
David S. Mendel
U.S. Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4418
mendeld@sec.gov