UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br> -against-<br><br>COINBASE, INC., AND COINBASE GLOBAL, INC.<br><br>       Defendants. | 23 Civ. 04738 (KPF) |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

 The motion of David S. Mendel ("Applicant"), for admission to practice *Pro Hac Vice* in the above captioned action is **GRANTED**.

 Applicant has declared that he is a member in good standing of the bars of New York and the District of Columbia, and that he is a member in good standing (with inactive status) of the bar of Massachusetts, and that his contact information is as follows:

    David S. Mendel
    U.S. Securities and Exchange Commission
    100 F Street, N.E.
    Washington, D.C.  20549
    Tel:  (202) 551-4418
    Email:  mendeld@sec.gov

 Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff U.S. Securities and Exchange Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the U.S. District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED.**

Dated: _____, 2024  
New York, NY

_____  
KATHERINE POLK FAILLA  
United States District Judge