UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  -against-<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.<br><br>       Defendants. | 23 Civ. 04738 (KPF) |

## MOTION FOR ADMISSION *PRO HAC VICE*

  Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Rebecca R. Dunnan hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff U.S. Securities and Exchange Commission in the above-captioned action.

  I am a member in good standing of the bars of the District of Columbia and the State of New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

  Pursuant to Local Civil Rules 1.3(c) and 1.9(a), I have attached the required declaration.

1

Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for Plaintiff U.S. Securities and Exchange Commission.

Dated:  May 3, 2024                                         Respectfully submitted,

*/s/ Rebecca R. Dunnan*
Rebecca R. Dunnan
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-3813
dunnanr@sec.gov

Nicholas C. Margida
Patrick R. Costello
David S. Mendel
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

Jorge G. Tenreiro
Peter A. Mancuso
U.S. Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004
(212) 336-1100

*Counsel for Plaintiff*
*U.S. Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I certify that on May 3, 2024, I caused a copy of the foregoing Motion for Admission *Pro Hac Vice*, including attachments thereto, to be served by ECF on all parties who have made an ECF appearance.

/s/ *Rebecca R. Dunnan*
Rebecca R. Dunnan

*Counsel for Plaintiff*
*U.S. Securities and Exchange Commission*