UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> -against-<br><br>COINBASE, INC., AND COINBASE GLOBAL, INC.<br><br>      Defendants. | 23 Civ. 04738 (KPF) |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Rebecca R. Dunnan ("Applicant"), for admission to practice *Pro Hac Vice* in the above captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and of the State of New York, and that her contact information is as follows:

    Rebecca R. Dunnan
    U.S. Securities and Exchange Commission
    100 F Street, N.E.
    Washington, D.C.  20549
    Tel: (202) 551-3813
    Email:  dunnanr@sec.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff U.S. Securities and Exchange Commission in the above entitled action;

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

```
The Clerk of Court is directed to terminate the pending motion at
docket number 123.

Dated:     May 6, 2024                  SO ORDERED.
           New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE