May 20, 2024

<u>Via ECF</u>
The Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Securities and Exchange Commission v. Coinbase, Inc. et al.*,
            23 Civ. 4738 (KPF)

Dear Judge Failla:

    Plaintiff Securities and Exchange Commission ("SEC") and defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase"), respectfully submit this joint letter and the enclosed Stipulation and Proposed Protective Order and Stipulation and Proposed Fed. R. Evid. 502(d) Order.

    The parties met and conferred regarding these proposed orders and were able to agree on all but one provision in each order, as specified below:

    *Proposed Protective Order*. With respect to Section G/Paragraph 22, which addresses the SEC's ability to disclose Confidential Material received in this litigation, the parties have set forth their respective positions in the enclosed Stipulation and Proposed Protective Order.

    *Proposed Fed. R. Evid. 502(d) Order.* With respect to Section 2(b)-(c), which addresses the form of a log to be furnished by each party for documents withheld in their entirety on the basis of privilege or comparable protection, the parties have set forth their respective positions in the enclosed Stipulation and Proposed Fed. R. Evid. 502(d) Order.

                                    Respectfully submitted,

                                    Patrick R. Costello
                                    *Counsel for Plaintiff*

                                  Kevin S. Schwartz
                                  *Counsel for Defendants*

Cc: All counsel of record (via ECF)