**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              *Plaintiff*,<br><br>        v.<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br><br>                              *Defendants*. | 23 Civ. 4738 (KPF) |

**DECLARATION OF DAVID P.T. WEBB IN SUPPORT OF COINBASE'S
MOTION TO CERTIFY INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

I, David P.T. Webb, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney duly admitted to practice in the United States District Court for the Southern District of New York. I am an associate at the law firm Wachtell, Lipton, Rosen & Katz, counsel to Defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase"). I submit this declaration in support of Coinbase's Motion to Certify Interlocutory Appeal Under 28 U.S.C. § 1292(b).

2. Attached as Exhibit A is a true and correct copy of Plaintiff's First Request for Production, dated April 29, 2024.

3. Attached as Exhibit B is a true and correct copy of Plaintiff's First Request for Admission, dated May 16, 2024.

4. Attached as Exhibit C is a true and correct copy of Plaintiff's Notice of Intent to Serve Subpoenas Pursuant to Fed. R. Civ. P. 45, dated May 17, 2024.

-2-

5. Attached as Exhibit D is a true and correct copy of Plaintiff's First Request for Inspection, dated May 17, 2024.

6. Attached as Exhibit E is a true and correct of Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A), dated May 3, 2024. In accordance with the Federal Rules of Civil Procedure, the Local Rules of United States District Courts for the Southern and Eastern Districts of New York, and the Court's Individual Rules of Practice, this document has been excerpted, with "sensitive information" redacted therefrom.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 24, 2024　　　　　　　By:　/s/ *David P.T. Webb*
New York, New York　　　　　　　　　　David P.T. Webb