# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

    -against-

COINBASE, INC. AND COINBASE GLOBAL,
INC.

                Defendants.

23 Civ. 04738 (KPF)

---

## PLAINTIFF'S NOTICE OF INTENT TO SERVE
## SUBPOENAS PURSUANT TO FED. R. CIV. P. 45

Plaintiff Securities and Exchange Commission, pursuant to Fed. R. Civ. P. 45(a)(4), hereby

provides notice of its intent to serve the attached Subpoenas for the production of documents and

electronically stored information upon Dash Core Group, Inc., Emurgo Group PTE Ltd., the Filecoin

Foundation, Near, Inc., Pixowl, Inc., Polygon Labs, LLC, Protocol Labs, Inc., Socios Services US,

Inc., Solana Labs, Inc., and Voyager Digital, LLC.

Dated: May 17, 2024
Washington, D.C.

Respectfully Submitted,

  */s/ Rebecca R. Dunnan*
Rebecca R. Dunnan
Nicholas C. Margida
Patrick R. Costello
David S. Mendel
SECURITIES AND EXCHANGE
COMMISSION
100 F. Street NE
Washington, DC 20549
(202) 551-3813 (Dunnan)
dunnanr@sec.gov

Peter A. Mancuso
Jorge G. Tenreiro
SECURITIES AND EXCHANGE
COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004

*Counsel for Plaintiff*
*Securities and Exchange Commission*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 17, 2024, I caused the foregoing Plaintiff's Notice of Intent to Serve Subpoenas Pursuant to Fed. R. Civ. P. 45 to be served by electronic mail on Defendants' counsel at the following addresses:

| | |
|---|---|
| William Savitt, wdsavitt@wlrk.com | Steven R. Peikin, peikins@sullcrom.com |
| Kevin S. Schwartz, kschwartz@wlrk.com | Kathleen S. McArthur, mcarthurk@sullcrom.com |
| Sarah K. Eddy, skeddy@wlrk.com | James M. McDonald, mcdonaldj@sullcrom.com |
| Adam M. Gogolak, amgogolak@wlrk.com | Julia A. Malkina, malkinaj@sullcrom.com |
| David P.T. Webb, dpwebb@wlrk.com | Olivia G. Chalos, chaloso@sullcrom.com |
| Sijin Choi, schoi@wlrk.com | |

*/s/ Rebecca R. Dunnan*
Rebecca R. Dunnan

*Counsel for Plaintiff*
*Securities and Exchange Commission*

- 3 -