# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | **23 Civ. 04738 (KPF)** |
| **-against-** | |
| **COINBASE, INC. AND COINBASE GLOBAL, INC.** | |
| **Defendants.** | |

### PLAINTIFF'S INITIAL DISCLOSURES
### PURSUANT TO FED. R. CIV. P. 26(a)(1)(A)

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff Securities and Exchange Commission (the "Commission" or "SEC") hereby makes its initial disclosures to Defendants Coinbase Inc., and Coinbase Global, Inc. (collectively, "Defendants" or "Coinbase") based on information reasonably available to the Commission at this time. By listing the information below, the Commission does not intend to—and does not—waive any applicable privilege, doctrine, or right that may prevent the disclosure of any such information, including, without limitation, the attorney-client privilege, the work-product doctrine, the deliberative process privilege, privileges and protections pursuant to Section 24 of the Securities Exchange Act of 1934 [15 U.S.C. § 78x], and any and all other applicable privileges, doctrines, and rights. The Commission expressly reserves the right to supplement or amend each of these disclosures as may become necessary or appropriate.

The Commission also provides these disclosures without prejudice to its right to produce or object to evidence, witnesses, facts, writings, or documents that are identified either in these disclosures or in any later supplements or amendments. The Commission does not necessarily represent or agree that any of the witnesses or categories of documents identified below have relevant or admissible

1

information. As used below, the terms "Investigation" and "Investigative" refer to the Commission staff's investigation, *In the Matter of Coinbase, Inc.*, conducted under File Nos. HO-14315 and SF-04523.

## I.    Individuals Likely To Have Discoverable Information That The Commission May Use To Support Its Claims Under Fed. R. Civ. P. 26(a)(1)(A)(i)

Based on information presently and reasonably available to it, the Commission identifies the individuals listed on **Attachment A** (by name and, if known, by last known address and telephone number) as people likely to have discoverable information that the Commission may use to support its claims against Defendants, unless the use would be solely for impeachment, and the general subject matter of each individual's relevant knowledge. The Commission also may rely on summary witnesses, designated representatives, witnesses who provide deposition testimony in this litigation, witnesses who provide declarations and/or affidavits and/or who produce documents or other evidence in this litigation, witnesses identified by Defendants as part of their initial disclosures or in discovery, other witnesses identified in discovery, including, without limitation, any expert witnesses, and records custodians of some or all of the listed organizations pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Evidence. Additional individuals may become known as discovery progresses.

## II.    Documents, Electronically Stored Information, And Tangible Things That The Commission May Use to Support Its Claims Under Fed. R. Civ. P. 26(a)(1)(A)(ii)

Based on information presently and reasonably available to it, the Commission identifies the following categories of documents, electronically stored information, and tangible things in its possession, custody, or control that the Commission may use to support its claims against Defendants, unless the use would be solely for impeachment. All category descriptions are general and summary in nature and are not intended to be complete or exhaustive descriptions or inventories of the documents included in each item.

1.    Documents relied upon and/or referenced in the Commission's Complaint (D.E. 1).

2.    Transcripts of the Investigative Testimony of the following persons before the Commission staff and all exhibits marked during such testimony:

## ATTACHMENT A

Based on information presently and reasonably available to it, the Commission identifies the individuals listed below as people likely to have discoverable information that the Commission may use to support its claims against Defendants, unless the use would be solely for impeachment, and the general subject matter of each individual's relevant knowledge. All subject matter descriptions are general and summary in nature, are not intended to be complete or exhaustive descriptions of an individual's relevant knowledge, and therefore should not be understood to limit the Commission's discovery as to the individuals. Where the individual or entity is known to be represented by counsel, that information is provided.

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| Custodian of Records - Deloitte & Touche LLP | | Ellen Burns Deloitte & Touche LLP Associate General Counsel 1221 Avenue of the Americas New York, NY 10020 | Coinbase Global, Inc. financial statements for Fiscal Years 2020-2022 |
| Brian Armstrong | CEO, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019  Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Asset Listing Process |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|------|--------------|--------------------------------------|----------------|
| Emilie Choi | COO, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| L.J. Brock | Chief People Officer, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| Paul Grewal | Chief Legal Officer, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Asset Listing Process |
| Manish Gupta | Executive VP of Engineering, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| Alesia Haas | Chief Financial Officer, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Financial Reporting/Disclosures |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| Surojit Chatterjee | Chief Product Officer, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Trading Platform; Coinbase Staking Program |
| ████████ | Senior Director, Product Management (Head of Exchange), Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Trading Platform |
| Greg Tusar | Head of Institutional Product, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Trading Platform; Coinbase Prime; Custody of Assets; Coinbase Staking Program |
| ████████ | VP, Product Retail, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Steven Peiken Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Staking Program |

3

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| ███████ | VP Product, Custody, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Staking Program |
| Max Branzburg | VP, Head of Consumer Products, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| ███████ | Former Head of Product, Coinbase Custody | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Custody of Assets |
| ███████ | Former Head of Product, Coinbase Custody | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Trading Platform |
| ███████ | Product Group, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Staking Program |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| ████ | Former - Group Product Manager / Head of Product & CEO, Coinbase Custody | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019 Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Custody of Assets; Institutional Staking |
| ████ | Product Group, Trading – Assets & Investing, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019 Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| ████ | VP, Business Development – Ecosystem & Listings, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019 Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Trading Platform; Asset Listing Process |
| ████ | Senior Manager, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019 Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| ████ | Head of Trade Surveillance, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019 Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |

5

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| ▮▮▮▮▮ | Coinbase Venture Media Lead, Coinbase | c/o<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br><br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | Allegations described in the Complaint |
| ▮▮▮▮ | Head of Corporate Development & Ventures, Coinbase | c/o<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br><br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | Allegations described in the Complaint |
| ▮▮▮▮▮ | Senior Director, Product Group, Coinbase | c/o<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br><br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | Allegations described in the Complaint; Coinbase Staking Program |
| ▮▮▮▮▮ | Product Lead, Staking, DeFi Yield & Yield Center, Coinbase | c/o<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br><br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | Allegations described in the Complaint |
| ▮▮▮▮ | Head of Listings, Coinbase | c/o<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br><br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | Allegations described in the Complaint; Asset Listing Process |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| ████████ | VP Institutional Sales and Trading, Coinbase | c/o<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br><br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | Allegations described in the Complaint; Coinbase Prime |
| ████████ | Senior Director, Global Trading, Coinbase | c/o<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br><br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | Allegations described in the Complaint |
| ████████ | Head of Prime Finance, Coinbase | c/o<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br><br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | Allegations described in the Complaint; Coinbase Prime |
| ████████ | Head of Institutional Research, Coinbase | c/o<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br><br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | Allegations described in the Complaint |
| ████████ | Institutional Sales & Trading, Coinbase | c/o<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br><br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | Allegations described in the Complaint |

7

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| ███████ | Former Finance Business Controller, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Trading Platform; Coinbase Staking Program |
| ███████ | Head of Credit & Market Risk, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| ███████ | Coinbase Employee | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Communications |
| ███████ | Senior Product Marketing Manager, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Marketing |
| ███████ | Director, Treasury | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| ███████ | Director, Finance, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| ███████ | Chief Accounting Officer, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| ██████ | Senior Director of Engineering, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| ███████ | Product Manager, Custody, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Custody of Assets |
| █████ | Project Manager, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Staking Program |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| ▮▮▮▮▮ | Senior Director of Project Management, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Staking Program |
| ▮▮▮▮▮ | Head of Product for Consumer Payments and Consumer Staking, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Staking Program |
| ▮▮▮▮▮ | Staking Product Lead, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Staking Program |
| ▮▮▮▮▮ | Product Manager, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Staking Program |
| ▮▮▮▮▮ | Group Product Manager, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Asset Services |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| ███████ | VP of Engineering, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| ███████ | Product Manager One, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| ███████ | Director and Associate General Counsel, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| ███████ | VP, Corporate and Business Development, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| ███████ | Base Engineer, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint; Coinbase Trading Platform; Coinbase Prime |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| ▉▉▉▉▉▉ | Head of Institutional Sales, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| ▉▉▉▉▉▉ | Chief Marketing Officer, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| ▉▉▉▉▉▉ | Chief Policy Officer, Coinbase | c/o Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019<br><br>Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Allegations described in the Complaint |
| Custodian of Records - Solana Labs, Inc. | | c/o Jason Gottlieb Morrison Cohen LLP 909 Third Ave., 27th Floor New York, NY 10022 | Solana Blockchain and SOL Token |
| Custodian of Records - Solana Foundation | | c/o Nathan Reilly Morrison Foerster 250 West 55th Street New York, NY 10019<br><br>Robert Cohen Davis Polk & Wardwell LLP 901 15th Street, NW Washington, DC 20005 | Solana Blockchain and SOL Token |

12

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| Anatoly Yakovenko | Founder and CEO of Solana Labs | ███████████ | Solana Blockchain and SOL Token |
| Raj Gokal | COO of Solana Labs | ███████████ | Solana Blockchain and SOL Token |
| Custodian of Records - Cardano Foundation | | ███████████ | Cardano Blockchain and ADA Token |
| Custodian of Records – Input Output Hong Kong ("IOHK") aka Input Output Global ("IOG") | | ███████████ | Cardano Blockchain and ADA Token |
| Custodian of Records - Emurgo | | ███████████ | Cardano Blockchain and ADA Token |
| Charles Hoskinson | Co-Founder of Cardano Blockchain | ███████████ | Cardano Blockchain and ADA Token |
| Jeremy Wood | Co-Founder of Cardano Blockchain | | Cardano Blockchain and ADA Token |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| Custodian of Records - Polygon Labs | | ███████████ | Polygon Blockchain and MATIC Token |
| Custodian of Records – Matic Network Pte. Ltd. | | ███████████ | Polygon Blockchain and MATIC Token |
| Custodian of Records – Matic Network (BVI) LTD | | | Polygon Blockchain and MATIC Token |
| Custodian of Records – Matic-Network India LLP | | ███████████ | Polygon Blockchain and MATIC Token |
| Jaynti Kanani | Co-Founder of Polygon Blockchain | UAE | Polygon Blockchain and MATIC Token |
| Sandeep Nailwal | Co-Founder of Polygon Blockchain | Dubai, UAE | Polygon Blockchain and MATIC Token |
| Anurag Arjun | Co-Founder of Polygon Blockchain | India | Polygon Blockchain and MATIC Token |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| Mihailo Bielic | Co-Founder of Polygon Blockchain | Serbia | Polygon Blockchain and MATIC Token |
| Custodian of Records - Protocol Labs, Inc. | | ███████████ | Filecoin Network and FIL Token |
| Custodian of Records – Filecoin Foundation | | ███████████ | Filecoin Network and FIL Token |
| Juan Batiz-Benet | Founder and CEO of Protocol Labs | ██████████ | Filecoin Network and FIL Token |
| ██████████ | Protocol Labs Researcher | | Filecoin Network and FIL Token |
| ██████████ | Head of Engineering – Protocol Labs | ███████████ | Filecoin Network and FIL Token |
| Custodian of Records - TSB Gaming Ltd | | ██████████ | Sandbox Platform and SAND Token |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| Custodian of Records – Pixowl, Inc. | | ███████████ | Sandbox Platform and SAND Token |
| Custodian of Records – Animoca Brands, Inc. | | ███████████ | Sandbox Platform and SAND Token |
| Arthur Madrid | CEO of TSB Gaming Ltd | ███████████ | Sandbox Platform and SAND Token |
| Sebastien Borget | COO of TSB Gaming Ltd | ███████████ | Sandbox Platform and SAND Token |
| Lucas Shrewsbury | CTO of TSB Gaming Ltd | Argentina | Sandbox Platform and SAND Token |
| ███████ | Lead Developer at TSB Gaming Ltd. | | Sandbox Platform and SAND Token |
| Marcelo Santurio | CFO of TSB Gaming Ltd | Argentina | Sandbox Platform and SAND Token |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| Yat Siu | Co-Founder and Director of Animoca Brands, Inc | ████████ | Sandbox Platform and SAND Token |
| Custodian of Records - Sky Mavis PTE LTD | | ████████ | Axie Infinity Blockchain game and Axie Infinity Shards ("AXS") Token |
| Trung Nguyen | CEO of Sky Mavis PTE LTD | Vietnam | Axie Infinity Blockchain game and AXS Token |
| Aleksander Leonard Larsen | Co-Founder and COO of Sky Mavis PTE LTD | Oslo, Norway | Axie Infinity Blockchain game and AXS Token |
| Jeffrey Zirlin | Co-Founder and Growth Lead at Sky Mavis PTE LTD | ████████ | Axie Infinity Blockchain game and AXS Token |
| Viet Anh Ho | Co-Founder and CTO of Sky Mavis PTE LTD | Vietnam | Axie Infinity Blockchain game and AXS Token |
| Custodian of Records - HX Entertainment LTD | | ████████ | Chiliz Blockchain and CHZ Token |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| Custodian of Records – Chiliz Labs | | ███████ | Chiliz Blockchain and CHZ Token |
| Alexandre Dreyfus | CEO of Chiliz | ███████ | Chiliz Blockchain and CHZ Token |
| Thibaut Pelletier | CTO of Chiliz | Lyon, France | Chiliz Blockchain and CHZ Token |
| Faobian Manicolo | CFO of Chiliz | ███████ | Chiliz Blockchain and CHZ Token |
| Max Rabinovitch | CSO of Chiliz | ███████ | Chiliz Blockchain and CHZ Token |
| ███████ | Marketing and Communications Officer of Chiliz | United Kingdom | Chiliz Blockchain and CHZ Token |
| Custodian of Records – Mediarex, s.r.o | | ███████ | Chiliz Blockchain and CHZ Token |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| Custodian of Records - Dapper Labs | | ███████ | Flow Blockchain and FLOW Token |
| Roham Gharegozlou | Co-Developer of Flow Blockchain | ███████ | Flow Blockchain and FLOW Token |
| Dieter Shirley | Co-Developer of Flow Blockchain | ███████ | Flow Blockchain and FLOW Token |
| Mikhael Naayem | Co-Developer of Flow Blockchain | ███████ | Flow Blockchain and FLOW Token |
| Custodian of Records - The DFINITY Foundation | | ███████ | Internet Computer Protocol and ICP Token |
| Custodian of Records - Internet Computer Association | | ███████ | Internet Computer Protocol and ICP Token |
| Dominic Williams | Founder of The DFINITY Foundation | Zurich, Switzerland | Internet Computer Protocol and ICP Token |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| ███████ | Principal Research Scientist at DFINITY | ███████████ | Internet Computer Protocol and ICP Token |
| █████ | Co-Creator of ICO Whitepaper | Zurich, Switzerland | Internet Computer Protocol and ICP Token |
| ██████████ | Co-Creator of ICO Whitepaper | ██████████ | Internet Computer Protocol and ICP Token |
| Custodian of Records - Near, Inc. | | ██████████ | NEAR Blockchain protocol and NEAR Token |
| Alexander Skidanov | Founder of Near, Inc. and the NEAR Foundation | ██████████ | NEAR Blockchain protocol and NEAR Token |
| Illia Polosukhin | Founder of Near, Inc. and the NEAR Foundation | ██████████ | NEAR Blockchain protocol and NEAR Token |
| ██████████ | Head of Business Development at Near, Inc. | ██████████ | NEAR Blockchain protocol and NEAR Token |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| Custodian of Records - Near Foundation | | ██████████████ | NEAR Blockchain protocol and NEAR Token |
| Custodian of Records - Voyager Digital, LLC | | c/o<br>Paul R. Hage<br>Taft Stettinius & Hollister, LLP<br>27777 Franklin, Suite 2500<br>Southfield, MI 48034<br><br>Darren Azman<br>Joseph B. Evans<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017 | Voyager Platform and VGX Token |
| Custodian of Records - Voyager Digital Holdings, Inc. | | c/o<br>Paul R. Hage<br>Taft Stettinius & Hollister, LLP<br>27777 Franklin, Suite 2500<br>Southfield, MI 48034<br><br>Darren Azman<br>Joseph B. Evans<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017 | Voyager Platform and VGX Token |
| Steve Ehrlich | Co-Founder of Voyager Digital, LLC | ██████████████ | Voyager Platform and VGX Token |
| Philip Eytan | Co-Founder of Voyager Digital, LLC | ██████████████ | Voyager Platform and VGX Token |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| Oscar Salazar | Co-Founder of Voyager Digital, LLC | | Voyager Platform and VGX Token |
| Gaspard de Dreuzyare | Co-Founder of Voyager Digital, LLC | ███████ | Voyager Platform and VGX Token |
| Custodian of Records - DASH blockchain platform | | ███████ | DASH Blockchain protocol and DASH Token |
| Custodian of Records - DASH Core Group | | ███████ | DASH Blockchain protocol and DASH Token |
| Evan Duffield | Founder of DASH blockchain | ███████ | DASH Blockchain protocol and DASH Token |
| Samuel Westrich | CTO of Dash Core Group | ███████ | DASH Blockchain protocol and DASH Token |
| ███████ | Head of Product at Dash Core Group | ███████ | DASH Blockchain protocol and DASH Token |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| ████████ | Head of Development at Dash Core Group | Mexico City, Mexico | DASH Blockchain protocol and DASH Token |
| Custodian of Records - DASH DAO Irrevocable Trust | | New Zealand | DASH Blockchain protocol and DASH Token |
| Plaintiffs in *Kattula et al. v. Coinbase Global, Inc. et al.*, No. 22-3250 (N.D. Ga. 2022) | Coinbase Customers | c/o John Herman, Esq. Herman John LLP 3424 Peachtree Road NE Suite 1650 Atlanta, Georgia 30326 | Experience as Coinbase customers using Coinbase's Trading Platform and/or other services |
| ██████ | Coinbase Customer | ████████ | Experience as Coinbase customer using Coinbase's Trading Platform and/or other services |
| Custodian of Records – GMO Group | | ████████ | Market Maker on Coinbase's Trading Platform |
| Custodian of Records – Amber Group | | Singapore | Market Maker on Coinbase's Trading Platform |
| Custodian of Records – B2C2 | | ████████ | Market Maker on Coinbase's Trading Platform |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| Custodian of Records – DRW Holdings, LLC | | ████████ | Market Maker on Coinbase's Trading Platform |
| Custodian of Records – DV Chain LLC | | ████████ | Market Maker on Coinbase's Trading Platform |
| Custodian of Records – Flow Traders | | ████████ | Market Maker on Coinbase's Trading Platform |
| Custodian of Records – Genesis Global Trading, Inc. | | ████████ | Market Maker on Coinbase's Trading Platform |
| Custodian of Records – GSR Markets | | ████████ | Market Maker on Coinbase's Trading Platform |
| Custodian of Records – Jump Trading | | ████████ | Market Maker on Coinbase's Trading Platform |
| Custodian of Records – Subotai Tech Ltd | | ████████ | Market Maker on Coinbase's Trading Platform |

| Name | Title or Role | Last Known Address & Telephone Number | Subject Matter |
|---|---|---|---|
| Custodian of Records – Wintermute Trading, LTD | | ████████████ | Market Maker on Coinbase's Trading Platform |
| Custodian of Records – Jane Street Capital, LLC | | ████████████ | Market Maker on Coinbase's Trading Platform |