May 24, 2024

Via ECF
The Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Securities and Exchange Commission v. Coinbase, Inc. et al.,*
             23 Civ. 4738 (KPF)

Dear Judge Failla:

      Plaintiff Securities and Exchange Commission and defendants Coinbase, Inc. and Coinbase Global, Inc., respectfully submit the enclosed Stipulation and Proposed Protective Order and Stipulation and Proposed Fed. R. Evid. 502(d) Order, each of which conforms with the Court's May 22, 2024 Order (D.E. 127).

                                    Respectfully submitted,

                                      Patrick R. Costello
                                      *Counsel for Plaintiff*

                                      Kevin S. Schwartz
                                      *Counsel for Defendants*

Cc: All counsel of record (via ECF)