# EXHIBIT C



15.S12 | Fall 2018 | Graduate
# Blockchain And Money

Menu                                                                                                   More Info

## Calendar

| SESSION # | TOPIC | KEY DATES |
|---|---|---|
| 1 | Introduction | |
| **Act 1: Blockchain and Money Fundamentals** | | |
| 2 | Money, Ledgers, and Bitcoin | |
| 3 | Blockchain Basics and Cryptography | |
| 4 | Blockchain Basics and Consensus | |
| 5 | Blockchain Basics and Transactions, UTXO, and Script Code | |
| 6 | Smart Contracts and DApps<br><br>Guest Lecturer: Prof. Lawrence Lessig, Harvard Law School | |
| 7 | Technical Challenges | |
| 8 | Public Policy | |
| 9 | Permissioned Systems | |
| 10 | Financial System Challenges and Opportunities | First business write-up due by this class |
| **Act 2: Blockchain and Use Case Economic** | | |
| 11 | Blockchain Economics<br><br>Guest Lecturer: Rob Gensler, Investor and Financial Analyst | |
| 12 | Assessing Use Cases | |
| **Act 3: Financial Sector Use Cases** | | |
| 13 | Payments, Part 1<br><br>Guest Lecturer: Alin Dragos, MIT Digital Currency Initiatve | |
| 14 | Payments, Part 2 | |
| 15 | Central Banks and Commercial Banking, Part 1<br><br>Guest Lecturer: Robleh Ali, MIT Digital Currency Initiative | |
| 16 | Central Banks and Commercial Banking, Part 2 | |
| 17 | Secondary Markets and Crypto-Exchanges | |
| 18 | A New Approach to Crypto-Exchanges and Payments | |
| 19 | Primary Markets, ICOs, and Venture Capital, Part 1 | |
| 20 | Primary Markets, ICOs, and Venture Capital, Part 2 | |
| 21 | Post Trade Clearing, Settlement, and Processing | |
| 22 | Trade Finance and Supply Chain | |
| 23 | Digital ID | Second business write-up due by this class |
| 24 | Conclusion | Group Research Paper due by end of the semster |

Feedback



**Over 2,500 courses & materials**

Freely sharing knowledge with learners and educators around the world. Learn more

Accessibility

Creative Commons License

Terms and Conditions

Proud member of: 

© 2001–2024 Massachusetts Institute of Technology