AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23 Civ. 4738 |
| COINBASE, INC. AND COINBASE GLOBAL, INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the SECURITIES AND EXCHANGE COMMISSION.

Date: 07/12/2024

/s/ Elizabeth Goody
*Attorney's signature*

Elizabeth Goody
*Printed name and bar number*

Division of Enforcement
U.S. Securities and Exchange Commission
100 Pearl Street, Suite 20-100 New York, NY 10024

*Address*

goodye@sec.gov
*E-mail address*

(212) 336-1100
*Telephone number*

*FAX number*