# WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

| | |
|---|---|
| MARTIN LIPTON | MARK GORDON |
| HERBERT M. WACHTELL | JEANNEMARIE O'BRIEN |
| EDWARD D. HERLIHY | WAYNE M. CARLIN |
| DANIEL A. NEFF | STEPHEN R. DiPRIMA |
| STEVEN A. ROSENBLUM | NICHOLAS G. DEMMO |
| JOHN F. SAVARESE | IGOR KIRMAN |
| SCOTT K. CHARLES | JONATHAN M. MOSES |
| JODI J. SCHWARTZ | T. EIKO STANGE |
| ADAM O. EMMERICH | WILLIAM SAVITT |
| RALPH M. LEVENE | GREGORY E. OSTLING |
| RICHARD G. MASON | DAVID B. ANDERS |
| ROBIN PANOVKA | ADAM J. SHAPIRO |
| DAVID A. KATZ | NELSON O. FITTS |
| ILENE KNABLE GOTTS | JOSHUA M. HOLMES |
| TREVOR S. NORWITZ | DAVID E. SHAPIRO |
| ANDREW J. NUSSBAUM | DAMIAN G. DIDDEN |
| RACHELLE SILVERBERG | IAN BOCZKO |
| STEVEN A. COHEN | MATTHEW M. GUEST |
| DEBORAH L. PAUL | DAVID E. KAHAN |
| DAVID C. KARP | DAVID K. LAM |
| RICHARD K. KIM | BENJAMIN M. ROTH |
| JOSHUA R. CAMMAKER | JOSHUA A. FELTMAN |

GEORGE A. KATZ (1965–1989)
JAMES H. FOGELSON (1967–1991)
LEONARD M. ROSEN (1965–2014)

OF COUNSEL

| | |
|---|---|
| ANDREW R. BROWNSTEIN | ERIC S. ROBINSON |
| MICHAEL H. BYOWITZ | ERIC M. ROSOF |
| KENNETH B. FORREST | MICHAEL J. SEGAL |
| BEN M. GERMANA | WON S. SHIN |
| SELWYN B. GOLDBERG | DAVID M. SILK |
| PETER C. HEIN | ELLIOTT V. STEIN |
| JB KELLY | LEO E. STRINE, JR.* |
| JOSEPH D. LARSON | PAUL VIZCARRONDO, JR. |
| LAWRENCE S. MAKOW | JEFFREY M. WINTNER |
| PHILIP MINDLIN | AMY R. WOLF |
| THEODORE N. MIRVIS | MARC WOLINSKY |
| DAVID S. NEILL | |

* ADMITTED IN DELAWARE

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | MICHAEL W. HOLT |
| SUMITA AHUJA | MARK A. KOENIG |
| FRANCO CASTELLI | CARMEN X.W. LU |
| ANDREW J.H. CHEUNG | J. AUSTIN LYONS |
| PAMELA EHRENKRANZ | ALICIA C. McCARTHY |
| ALINE R. FLODR | JUSTIN R. ORR |
| KATHRYN GETTLES-ATWA | NEIL M. SNYDER |
| ADAM M. GOGOLAK | JEFFREY A. WATIKER |
| ANGELA K. HERRING | |

| | |
|---|---|
| ELAINE P. GOLIN | STEVEN WINTER |
| EMIL A. KLEINHAUS | EMILY D. JOHNSON |
| KARESSA L. CAIN | JACOB A. KLING |
| RONALD C. CHEN | RAAJ S. NARAYAN |
| BRADLEY R. WILSON | VIKTOR SAPEZHNIKOV |
| GRAHAM W. MELI | MICHAEL J. SCHOBEL |
| GREGORY E. PESSIN | ELINA TETELBAUM |
| CARRIE M. REILLY | ERICA E. AHO |
| MARK F. VEBLEN | LAUREN M. KOFKE |
| SARAH K. EDDY | ZACHARY S. PODOLSKY |
| VICTOR GOLDFELD | RACHEL B. REISBERG |
| RANDALL W. JACKSON | MARK A. STAGLIANO |
| BRANDON C. PRICE | CYNTHIA FERNANDEZ LUMERMANN |
| KEVIN S. SCHWARTZ | CHRISTINA C. MA |
| MICHAEL S. BENN | NOAH B. YAVITZ |
| ALISON Z. PREISS | BENJAMIN S. ARFA |
| TIJANA J. DVORNIC | NATHANIEL D. CULLERTON |
| JENNA E. LEVINE | ERIC M. FEINSTEIN |
| RYAN A. McLEOD | ADAM L. GOODMAN |
| ANITHA REDDY | STEVEN R. GREEN |
| JOHN L. ROBINSON | MENG LU |
| JOHN R. SOBOLEWSKI | |

July 15, 2024

BY ECF

The Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Securities and Exchange Commission* v. *Coinbase, Inc. and Coinbase Global, Inc.*, 23 Civ. 4738 (KPF)

Dear Judge Failla:

  Pursuant to the Court's instruction during the pre-motion conference held on July 11, 2024 and the Court's minute entry of July 12, 2024, defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase") submit this letter to the Court regarding the schedule for Coinbase's upcoming motion to compel.

  The parties met and conferred regarding a proposed briefing schedule for Coinbase's motion, which will address the subpoena to Mr. Gensler and certain additional related discovery disputes concerning Coinbase's requests for production to the SEC, and propose the following deadlines and page limits for the motion: (a) Coinbase's opening brief will be due July 23, 2024, with the brief limited to twelve pages; (b) the SEC's opposition brief will be due August 5, with the brief limited to twelve pages, and (c) Coinbase's reply brief will be due August 12, with the brief limited to six pages.

WACHTELL, LIPTON, ROSEN & KATZ

Hon. Katherine Polk Failla
July 15, 2024
Page 2

    With respect to the subpoena to Mr. Gensler, Coinbase has determined to seek the production of Mr. Gensler's documents only for the period of his tenure as Chair of the SEC and not before that time.

    We are available at the Court's convenience if Your Honor has any questions.

Respectfully,

*Kevin Schwartz*

Kevin S. Schwartz

cc:    All counsel of record