# WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

MARTIN LIPTON
HERBERT M. WACHTELL
EDWARD D. HERLIHY
DANIEL A. NEFF
STEVEN A. ROSENBLUM
JOHN F. SAVARESE
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
RICHARD G. MASON
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
TREVOR S. NORWITZ
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER

MARK GORDON
JEANNEMARIE O'BRIEN
WAYNE M. CARLIN
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
WILLIAM SAVITT
GREGORY E. OSTLING
DAVID B. ANDERS
ADAM J. SHAPIRO
NELSON O. FITTS
JOSHUA M. HOLMES
DAVID E. SHAPIRO
DAMIAN G. DIDDEN
IAN BOCZKO
MATTHEW M. GUEST
DAVID E. KAHAN
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN

OF COUNSEL

ANDREW R. BROWNSTEIN      ERIC S. ROBINSON
MICHAEL H. BYOWITZ        ERIC M. ROSOF
KENNETH B. FORREST        MICHAEL J. SEGAL
BEN M. GERMANA            WON S. SHIN
SELWYN B. GOLDBERG        DAVID M. SILK
PETER C. HEIN             ELLIOTT V. STEIN
JB KELLY                  LEO E. STRINE, JR.*
JOSEPH D. LARSON          PAUL VIZCARRONDO, JR.
LAWRENCE S. MAKOW         JEFFREY M. WINTNER
PHILIP MINDLIN            AMY R. WOLF
THEODORE N. MIRVIS        MARC WOLINSKY
DAVID S. NEILL

* ADMITTED IN DELAWARE

COUNSEL

DAVID M. ADLERSTEIN       MICHAEL W. HOLT
SUMITA AHUJA              MARK A. KOENIG
FRANCO CASTELLI           CARMEN X.W. LU
ANDREW J.H. CHEUNG        J. AUSTIN LYONS
PAMELA EHRENKRANZ         ALICIA C. McCARTHY
ALINE R. FLODR            JUSTIN R. ORR
KATHRYN GETTLES-ATWA      NEIL M. SNYDER
ADAM M. GOGOLAK           JEFFREY A. WATIKER
ANGELA K. HERRING

ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN
BRADLEY R. WILSON
GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
SARAH K. EDDY
VICTOR GOLDFELD
RANDALL W. JACKSON
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
ALISON Z. PREISS
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
JOHN R. SOBOLEWSKI

STEVEN WINTER
EMILY D. JOHNSON
JACOB A. KLING
RAAJ S. NARAYAN
VIKTOR SAPEZHNIKOV
MICHAEL J. SCHOBEL
ELINA TETELBAUM
ERICA E. AHO
LAUREN M. KOFKE
ZACHARY S. PODOLSKY
RACHEL B. REISBERG
MARK A. STAGLIANO
CYNTHIA FERNANDEZ
    LUMERMANN
CHRISTINA C. MA
NOAH B. YAVITZ
BENJAMIN S. ARFA
NATHANIEL D. CULLERTON
ERIC M. FEINSTEIN
ADAM L. GOODMAN
STEVEN R. GREEN
MENG LU

July 15, 2024

BY ECF

The Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Securities and Exchange Commission* v. *Coinbase, Inc. and Coinbase Global, Inc.*, 23 Civ. 4738 (KPF)

Dear Judge Failla:

Pursuant to the Court's instruction during the pre-motion conference held on July 11, 2024 and the Court's minute entry of July 12, 2024, defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase") submit this letter to the Court regarding the schedule for Coinbase's upcoming motion to compel.

The parties met and conferred regarding a proposed briefing schedule for Coinbase's motion, which will address the subpoena to Mr. Gensler and certain additional related discovery disputes concerning Coinbase's requests for production to the SEC, and propose the following deadlines and page limits for the motion: (a) Coinbase's opening brief will be due July 23, 2024, with the brief limited to twelve pages; (b) the SEC's opposition brief will be due August 5, with the brief limited to twelve pages, and (c) Coinbase's reply brief will be due August 12, with the brief limited to six pages.

WACHTELL, LIPTON, ROSEN & KATZ

Hon. Katherine Polk Failla
July 15, 2024
Page 2

      With respect to the subpoena to Mr. Gensler, Coinbase has determined to seek the production of Mr. Gensler's documents only for the period of his tenure as Chair of the SEC and not before that time.

      We are available at the Court's convenience if Your Honor has any questions.

                              Respectfully,

                              Kevin S. Schwartz

cc:    All counsel of record

```
The Court is in receipt of the parties' proposed briefing schedule for
Coinbase's upcoming motion to compel, as well as Coinbase's clarification
with respect to the motion. (Dkt. #139). The Court hereby ADOPTS the
proposed schedule.

Dated:     July 16, 2024           SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE