

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

July 22, 2024

<u>Via ECF</u>
The Honorable Katherine Polk Failla, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Securities and Exchange Commission v. Coinbase, Inc. et al.*, 23 Civ. 4738 (KPF)

Dear Judge Failla:

      Plaintiff Securities and Exchange Commission ("SEC") and defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase"), respectfully submit this joint letter and the enclosed Stipulation and Proposed Order concerning the filing of Confidential Material (under Paragraph 12 of the Stipulated Protective Order entered by the Court on May 28, 2024 (D.E. 131) ("Protective Order")), as applicable to the parties' briefing for Coinbase's motion to compel discovery to be filed July 23, 2024. *See* D.E. 140 (Memo Endorsement adopting the parties' proposed briefing schedule). Pursuant to the Stipulation and Proposed Order, the parties would comply with the terms of Paragraph 12 of the Protective Order, but instead of meeting and conferring about, and potentially briefing, the redaction/sealed status of material designated as Confidential *three* times (once each for Coinbase's opening motion, the SEC's opposition, and Coinbase's reply), the parties would do so only once—upon conclusion of the briefing. Currently, the parties expect the scope of any redacted/sealed materials, in connection with the motion to compel, to be very limited. Nevertheless, the parties respectfully submit that the Court's adoption of the enclosed Stipulation and Proposed Order would save the parties' time and best serve judicial economy.

                                          Respectfully submitted,

                                          */s/ Nicholas C. Margida*
                                          Nicholas C. Margida
                                          *Counsel for Plaintiff*

                                          */s/ Kevin S. Schwartz*
                                          Kevin S. Schwartz
                                          *Counsel for Defendants*

Cc: All counsel of record (via ECF)