**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,
                               *Plaintiff*,

                 v.                             23 Civ. 4738 (KPF)

COINBASE, INC. AND COINBASE GLOBAL, INC.,

                               *Defendants.*

**STIPULATION AND PROPOSED ORDER
CONCERNING FORTHCOMING MOTION TO COMPEL**

Defendants Coinbase, Inc. and Coinbase Global, Inc. (collectively, "Defendants") and Plaintiff Securities and Exchange Commission ("SEC") (each of the foregoing, a "Party" and, collectively, the "Parties"), having conferred about the Filing of Confidential Material in connection with the Parties' forthcoming briefing on Coinbase's motion to compel discovery from the SEC and SEC Chair Gary Gensler (the "Motion") under Paragraph 12 of the Stipulated Protective Order entered by the Court on May 28, 2024 (D.E. 131) ("Protective Order"), hereby agree to the following:

      1.      This Stipulation shall apply to any, and only those, court papers filed by the Parties in support of and/or opposition to the Motion, specifically, (i) Defendants' opening Motion and supporting papers; (ii) the SEC's opposition papers; and (iii) Defendants' reply papers.

      2.      Pursuant to Paragraph 12(a) of the Protective Order, to the extent either Party determines to file with, or submit to, the Court any "Confidential Material" (as defined and used in the Protective Order), the Filing Party (as defined and used in the Protective Order) shall file a public version of any filing that includes or references Confidential Material with the Confidential Material redacted, and shall file an unredacted version of that filing under seal.

3. The terms and obligations set forth in Paragraphs 12(b) through (f) of the Protective Order shall become operative only once the Motion is fully briefed and not before such time.

4. If either Party, in connection with the filing of Defendants' opening Motion, the SEC's opposition, and/or Defendants' reply, files or has filed a public version of a document with Confidential Material redacted, and an unredacted version of such document under seal, the Parties shall meet and confer within one (1) business day of the filing of Defendants' reply and otherwise comply with all terms and obligations set forth in Paragraphs 12(b) through (f) of the Protective Order, concerning the meet-and-confer process, the filing of any public, unredacted version(s) of any documents, and the filing of any letter motion or response thereto.

5. This Stipulation and Proposed Order is not meant to supersede, amend, or otherwise alter any of the Protective Order's terms, other than the specific terms discussed herein concerning the timing of the Parties' respective obligations concerning briefing on the Motion under Paragraph 12 of the Protective Order.

Dated:  July 22, 2024                                    STIPULATED AND AGREED BY:

*/s/ Nicholas C. Margida*                                */s/ Kevin S. Schwartz*
Nicholas C. Margida                                      Kevin S. Schwartz
*Counsel for Plaintiff*                                  *Counsel for Defendants*


**SO ORDERED:**


_____
HON KATHERINE POLK FAILLA
United States District Judge

2