UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                              *Plaintiff*,<br><br>                    v.<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br><br>                                              *Defendants*. | 23 Civ. 4738 (KPF) |

**NOTICE OF COINBASE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Coinbase's Motion to Compel Production of Documents dated July 23, 2024, the Declaration of David P.T. Webb dated July 23, 2024, the exhibits thereto, and such other and further papers and proceedings as may be filed or had, Defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase"), by and through undersigned counsel, hereby move this Court before the Honorable Katherine Polk Failla, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, to compel production of documents as set forth in the accompanying Memorandum of Law.

-2-

| | |
|---|---|
| Dated:  July 23, 2024<br>New York, New York | Respectfully submitted,<br><br>WACHTELL, LIPTON, ROSEN & KATZ<br><br>/s/ *William Savitt*<br>William Savitt<br>Kevin S. Schwartz<br>Sarah K. Eddy<br>Adam M. Gogolak<br>David P.T. Webb<br>Emily R. Barreca<br>51 West 52nd Street<br>New York, New York 10019<br>(212) 403-1000<br>wdsavitt@wlrk.com<br><br>Steven R. Peikin<br>Kathleen S. McArthur<br>James M. McDonald<br>Julia A. Malkina<br>Olivia G. Chalos<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498<br>(212) 558-4000<br><br>*Attorneys for Defendants* |