**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              *Plaintiff*,<br><br>              v.<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br><br>                              *Defendants*. | 23 Civ. 4738 (KPF) |

**DECLARATION OF DAVID P.T. WEBB IN SUPPORT OF COINBASE'S
<u>MOTION TO COMPEL PRODUCTION OF DOCUMENTS</u>**

I, David P.T. Webb, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney duly admitted to practice in the United States District Court for the Southern District of New York. I am an associate at the law firm Wachtell, Lipton, Rosen & Katz, counsel to Defendants Coinbase, Inc. and Coinbase Global, Inc. (together, "Coinbase"). I submit this declaration in support of Coinbase's Motion to Compel Production of Documents.

2. Attached as Exhibit A is a true and correct copy of Defendants' First Request for Production of Documents Directed to Plaintiff Securities and Exchange Commission, dated April 23, 2024.

3. Attached as Exhibit B is a true and correct copy of Plaintiff's Responses and Objections to Defendants' First Request for Production of Documents, dated May 23, 2024.

4. Attached as Exhibit C is a true and correct copy of a letter from Kevin S. Schwartz to Nicholas Margida, dated June 25, 2024.

5. Attached as Exhibit D is a true and correct copy of a letter from Nicholas Margida to Kevin S. Schwartz, dated July 2, 2024.

6. Attached as Exhibit E is a true and correct copy of ECF No. 67, filed in *SEC* v. *Ripple Labs, Inc.*, et al., No. 20-cv-10832 (AT) (SN) (S.D.N.Y.) on March 15, 2021.

7. Attached as Exhibit F is a true and correct copy of the Rule 45 subpoena, and accompanying materials, served on Mr. Gary Gensler, dated June 14, 2024.

8. Attached as Exhibit G is a true and correct copy of Gary Gensler's *Remarks Before the Aspen Security Forum*, dated August 3, 2021, and available at https://www.sec.gov/newsroom/speeches-statements/gensler-aspen-security-forum-2021-08-03.

9. Attached as Exhibit H is a true and correct copy of the United States Securities and Exchange Commission, Office of Strategic Hub for Innovation and Financial Technology's webpage *Request Form for FinTech-Related Meetings and Other Assistance*, available at https://www.sec.gov/finhub-form#no-back.

10. Attached as Exhibit I is a true and correct copy of ECF No. 831-76, filed in *SEC* v. *Ripple Labs, Inc.*, et al., No. 20-cv-10832 (AT) (SN) (S.D.N.Y.) on June 13, 2023.

11. Attached as Exhibit J is a true and correct copy of the Wells Submission on Behalf of Coinbase Global, Inc. and Coinbase, Inc., submitted to the United States Securities and Exchange Commission on April 19, 2023.

12. Attached as Exhibit K is a true and correct copy of the Ankush Khardori's article *Can Gary Gensler Survive Crypto Winter? D.C.'s top financial cop on Bankman-Fried blowback*, published in New York Magazine on February 23, 2023, and available at https://nymag.com/intelligencer/2023/02/gary-gensler-on-meeting-with-sbf-and-his-crypto-crackdown.html.

13. Attached as Exhibit L is a true and correct copy of Plaintiff's First Request for Production, dated April 29, 2024.

14. Attached as Exhibit M is a true and correct copy of a letter from the United States Securities and Exchange Commission, Division of Corporation Finance, to Brian Armstrong, dated December 7, 2020.

15. Attached as Exhibit N is a true and correct, excerpted copy of the transcript for *Game Stopped? Who Wins and Loses When Short Sellers, Social Media, and Retail Investors Collide, Part III*, a Virtual Hearing Before the Committee on Financial Services, United States House of Representatives, dated May 6, 2021, and available in full at https://tinyurl.com/mtrnkbn2.

16. Attached as Exhibit O is a true and correct copy of Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission, dated July 22, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2024       By:    /s/ *David P.T. Webb*
New York, New York            David P.T. Webb