# EXHIBIT H



Home  /  Request Form for FinTech-Related Meetings and Other Assistance

# Request Form for FinTech-Related Meetings and Other Assistance



We welcome requests for meetings and other assistance relating to FinTech issues arising under the federal securities laws.

Please use the form below to request a meeting or assistance from SEC staff.

## Important Notes before completing this form:

- For assistance in completing this form, please refer to General Instructions below.
- Please read our Privacy Act Notice (http://www.sec.gov/privacy.htm) to learn about how we may use the information you send to us.
- To request confidential treatment of a submission, please follow the procedure detailed here (/FOIA/conftreat.htm).
- Do not use this form to file a complaint or tip concerning potential securities law violations. If you wish to file a complaint or a tip, click here for the SEC Center for Complaints and Enforcement Tips (https://www.sec.gov/tcr).
- Alternatively, you have the option to print this form and send it by mail to: FinHub

U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

- Do not use this form to apply for jobs at the SEC. If you wish to learn more and how to apply for opportunities, please visit USA Jobs  (https://sec.usajobs.gov/).

Fields marked with an asterisk (**\***) are required.

### Information About You

Name **\***

[                                                                ]

Email Address **\***

[                                                                ]

Phone Number **\***

[                                                                ]

Best time of day (Eastern US time) to reach you by phone

[ -None-                                                         ]

*The staff will attempt to call you during the time of day you select.*

### Information About Your Meeting Request

#### General Subject Matter of Your Request**\***

Please select at least one of the listed options below for the general subject matter of your meeting request.
*To select multiple options, hold down the (CTRL - PC) or (Command - Mac) key*

> Automated Investment Tools / Robo-Advisers
> Crypto Assets / Digital Assets
> Crypto Asset / Digital Asset Trading Platforms
> Digital Marketplace Financing
> Funding Portals

**Purpose of the Requested Meeting\***

Please select at least one of the listed options below for the purpose of your meeting request.

*To select multiple options, hold down the (CTRL - PC) or (Command - Mac) key*

> Custody Inquiry
> Determination of Instrument as a "Security"
> Funding Portal Registration
> Intermediary Registration
> Securities Registration

## Your Request *

Please state, in reasonable detail, your request for a meeting or other assistance.

DO NOT *provide* any sensitive personally identifiable information (PII) on this form. Examples of PII include social security number (SSN) and date of birth (DOB).

## Additional Information

You may provide any other information that is relevant to your meeting request. For example, you may include the factual background and results of research you conducted, including references to your sources. You may also include any other pertinent information you believe will help the staff respond to your meeting request.

DO NOT *provide* any sensitive personally identifiable information (PII) on this form. Examples of PII include social security number (SSN) and date of birth (DOB).

#### Upload Any Additional Information

You may provide any documents or other materials that are relevant to your meeting request, such as white papers, presentations, screen shots or offering materials. Please do not send executable files or zip files. This form will only accept PDF, Word, Excel, Powerpoint, JPG and PNG file attachments. File attachments are limited to attachments of 20MB in the aggregate.

DO NOT *attach documents* containing any sensitive personally identifiable information (PII) on this form. Examples of PII include social security number (SSN) and date of birth (DOB).

##### Upload Files
Select doc docx jpg jpeg pdf png ppt pptx xls xlsx files

Drag files here or choose from folder

Maximum 5 files.
20 MB limit.
Allowed types: doc, docx, jpg, jpeg, pdf, png, ppt, pptx, xls, xlsx.

# General Instructions for the Use of This Form

**Answers to many questions are available on this website.** Before you contact FinHub, please visit "Crypto Assets | Investor.gov (https://www.investor.gov/additional-resources/spotlight/crypto-assets)" and the materials linked from that page, which answer some of the most common questions we receive regarding crypto assets/digital assets. For assistance conducting research on this website, see Researching the Federal Securities Laws through

the SEC Website (https://www.sec.gov/investor/pubs/securitieslaws.htm). Also note that some resources for conducting research are available through the Division of Corporation Finance home page (https://www.sec.gov/divisions/corpfin.shtml), Division of Examinations home page (https://www.sec.gov/exams), Division of Investment Management home page (https://www.sec.gov/investment), and the Division of Trading and Markets home page (https://www.sec.gov/page/tmsectionlanding).

**You may include results of legal research with your request.** If you are an attorney or accountant submitting a meeting request related to an interpretive matter, we request that you research all available authority before contacting us. You may include the results of your research with your question, as well as your views on the question and the basis for those views.

**Please submit only one request concerning your issue.** Do not also call the Division or Office to make your meeting request. We will direct your request to the appropriate Division or Office for you. Please wait for a staff member to contact you about your questions before providing additional information.

CAPTCHA *

☐ I'm not a robot

Warning: Extraneous information may be read while using a screen reader on the RECAPTCHA below.

[SUBMIT]  [RESET]