# APPENDIX A
## SUMMARY OF SEC'S RESPONSE TO COINBASE'S REQUESTS FOR PRODUCTION

| Defendants' First Request for Production of Documents to SEC ("RFPs") (D.E. 149-1).[1] | SEC's Responses and Objections to Defendant's First RFPs.[2] ("R&Os") (D.E. 149-2) | Responsive Documents Produced as Part of SEC's Investigative File? | Additional Sources the SEC is Searching to Identify and Produce Responsive Materials.[3] |
|---|---|---|---|
| **RFP No. 2** Coinbase Platform, Named Digital Assets, Named Coinbase Services. | • Unduly Burdensome<br>• Privileged – AC, WP, DPP, Section 24(f).[4] | Yes | • Non-Coinbase Investigative Files<br>• Outside Enforcement Custodians |
| **RFP No. 4** Communications with third parties (including Government Entities) concerning the application of federal securities laws. | • Unduly Burdensome<br>• Not relevant nor proportional.<br>• Privileged – AC, WP, DPP, LE, and Section 24(f) | Yes | • Non-Coinbase Investigative Files<br>• Outside Enforcement Custodians |
| **RFP No. 5** Investigations by any Government Entity into Coinbase, the Coinbase Platform, the Named Digital Assets, or any of the Named Coinbase Services. | • Unduly Burdensome<br>• Not relevant nor proportional<br>• Privileged – AC, WP, DPP, LE, Section 24(f) | Yes | • Non-Coinbase Investigative Files<br>• Outside Enforcement Custodians |

---

[1] The RFPs listed herein are those that are the subject of Defendants' Motion to Compel–RFPs 2, 4-6, 8, 13, 15-17, 20-21, and 27-28. D.E. 149 at 4. Coinbase has now abandoned three other disputed RFPs (3, 14, and 26). *Id.* Unless otherwise noted, each RFP requested "Documents and Communications" concerning the general subjects enumerated in the first column of this chart.

[2] This chart provides the SEC's primary (but not all) objections for each of the relevant RFPs.

[3] There are two categories of documents that the SEC has offered, and undertaken efforts, to produce to Coinbase: (1) Documents and communications ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ from ten non-Coinbase Enforcement Division ("Enforcement") investigative files ("Non-Coinbase Investigative Files") and (2) Documents and communications ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ from 5 of the 21 custodians (from the Division of Corporation Finance and the Strategic Hub for Innovation and Financial Technology, outside of Enforcement("Outside Enforcement Custodians").

[4] The privileges asserted in the R&Os are as follows: Privileged, specifically asserting the Attorney-Client Privilege ("AC"), Deliberative Process Privilege ("DPP"), Work Product Protection (including protection under Fed. R. Civ. P. 26(b)(3)(A) and (B), and the common law work product doctrine) ("WP"), protections defined by Section 24(f) of the Exchange Act ("Section 24(f)") [15 U.S.C. § 78x(f)], and Law Enforcement Privilege ("LE").

## APPENDIX A
## SUMMARY OF SEC'S RESPONSE TO COINBASE'S REQUESTS FOR PRODUCTION

| Defendants' First Request for Production of Documents to SEC ("RFPs") (D.E. 149-1) | SEC's Responses and Objections to Defendant's First RFPs ("R&Os") (D.E. 149-2) | Responsive Documents Produced as Part of SEC's Investigative File? | Additional Sources the SEC is Searching to Identify and Produce Responsive Materials |
|---|---|---|---|
| **RFP No. 6** Communications with any Government Entity relating to Staking as a Service, Digital Assets, or Digital Asset Platforms. | • Unduly Burdensome<br>• Not relevant nor proportional<br>• Privileged – AC, WP, DPP, LE, Section 24(f) | Based on the R&Os, the SEC did not produce documents in response to Request No. 6. | |
| **RFP No. 8** Communications with the developers of any of the Named Digital Assets or associated blockchain networks. | • Unduly Burdensome<br>• Privileged – AC, WP, DPP | Yes | • Non-Coinbase Investigative Files<br>• Outside Enforcement Custodians |
| **RFP No. 13** Drafts of and analyses prepared in connection with the "Hinman Speech," the FinHub April 2019 Framework, and the DAO Report. | • Unduly Burdensome<br>• Not relevant nor proportional<br>• Privileged – AC, WP, DPP, Section 24(f) | Based on the R&Os, the SEC did not produce documents in response to Request No. 13. | The SEC's response to Request No. 13 remains disputed. However, it is not the subject of Coinbase's Motion to Compel. |
| **RFP No. 15** The application of *SEC v. W.J. Howey Co.*, 328 U.S. 293 (1946), to Digital Assets and transactions. | • Unduly Burdensome<br>• Not relevant nor proportional<br>• Privileged – AC, WP, DPP, Section 24(f) | Yes | • Non-Coinbase Investigative Files<br>• Outside Enforcement Custodians |
| **RFP No. 16** Role of a Digital Asset's ecosystem in application of federal securities laws. | • Unduly Burdensome<br>• Privileged – AC, WP, DPP | Yes | • Non-Coinbase Investigative Files<br>• Outside Enforcement Custodians |

# APPENDIX A
## SUMMARY OF SEC'S RESPONSE TO COINBASE'S REQUESTS FOR PRODUCTION

| Defendants' First Request for Production of Documents to SEC ("RFPs") (D.E. 149-1) | SEC's Responses and Objections to Defendant's First RFPs ("R&Os") (D.E. 149-2) | Responsive Documents Produced as Part of SEC's Investigative File? | Additional Sources the SEC is Searching to Identify and Produce Responsive Materials |
|---|---|---|---|
| **RFP No. 17** Statements during January 17, 2024 Oral Argument in this Action. | • Unduly Burdensome<br>• Privileged – AC, WP, DPP | Yes | • Non-Coinbase Investigative Files<br>• Outside Enforcement Custodians |
| **RFP No. 20** SEC internal documents relating to risks of loss relevant to whether Coinbase's Staking Services involves the offer and sale of investment contracts. | • Unduly Privileged – AC, WP, DPP, Section 24(f) | Yes | • Non-Coinbase Investigative Files<br>• Outside Enforcement Custodians |
| **RFP No. 21** SEC internal documents relating to managerial efforts Coinbase undertakes in providing Staking Services. | • Unduly Privileged – AC, WP, DPP, Section 24(f) | Yes | • Non-Coinbase Investigative Files<br>• Outside Enforcement Custodians |
| **RFP No. 27** SEC internal documents relating to Coinbase's direct public offering or registration statement on Form S-1. | • Unduly Burdensome<br>• Not relevant nor proportional<br>• Privileged – AC, WP, DPP | Based on the R&Os, the SEC did not produce documents in response to Request No. 27. | • Outside Enforcement Custodians |
| **RFP No. 28** Chair Gary Gensler's public remarks about Digital Assets, Digital Asset Platforms, and Staking as a Service. | • Unduly Burdensome<br>• Publicly available<br>• Not relevant nor proportional<br>• Privileged – AC, WP, DPP | Based on the R&Os, the SEC did not produce documents in response to Request No. 28. | |

3