## ATTACHMENT B: COINBASE SEARCH REPORT[1]

| Search Term | No. of Search Hits (Documents) | No. of Search Hits (Documents & Attachments) |
|---|---|---|
| crypto* AND "fair notice" | 3212 | 5763 |
| crypto* AND certain* | 159538 | 278972 |
| crypto* AND confusion | 17711 | 37083 |
| token AND "fair notice" | 2295 | 4463 |
| token AND certain* | 81484 | 156713 |
| token AND confusion | 10339 | 22814 |
| "digital asset" AND "fair notice" | 2343 | 4676 |
| "digital asset" AND certain* | 77811 | 140744 |
| "digital asset" AND confusion | 9568 | 18671 |
| crypto* AND Howey | 43575 | 81670 |
| crypto* AND securit* | 346706 | 529216 |
| crypto* AND ecosystem | 55635 | 103508 |
| token AND Howey | 41700 | 75430 |
| token AND securit* | 149604 | 242810 |
| token AND ecosystem | 41697 | 80597 |
| "digital asset" AND Howey | 31102 | 61180 |
| "digital asset" AND securit* | 133475 | 208877 |
| "digital asset" AND ecosystem | 31546 | 63542 |
| Coinbase | 83588 | 129280 |
| Solana | 10610 | 22195 |
| SOL | 10989 | 65597 |
| *solana.org | 0 | 0 |
| *solana.com | 916 | 4134 |
| *solana.foundation | 386 | 1107 |
| Cardano | 5595 | 12590 |
| ADA | 20218 | 55288 |
| *cardanofoundation.org | 647 | 3470 |
| *iohk.io | 795 | 3827 |
| *emurgo.io | 0 | 0 |
| Polygon | 5138 | 9470 |
| MATIC | 3271 | 9030 |
| *polygon.technology | 223 | 415 |
| *protocol.ai | 153 | 367 |
| Filecoin | 4697 | 9395 |

---

[1] Coinbase's Proposed Search involved applying the above terms to all emails sent or received by 22 SEC custodians during the period January 1, 2017 through June 6, 2023, as set forth in the Appendix to its June 25, 2024 Letter (D.E. 149-3). The above search hits do not reflect the exclusion of duplicates.

| Search Term | No. of Search Hits (Documents) | No. of Search Hits (Documents & Attachments) |
|---|---|---|
| FIL | 4879 | 18210 |
| *fil.org | 31 | 32 |
| Sandbox | 15271 | 30722 |
| SAND | 17299 | 46388 |
| sandbox.game | 810 | 3828 |
| Axie | 1384 | 2512 |
| AXS | 2337 | 4934 |
| *animocabrands.com | 17 | 131 |
| *pixowl.com | 0 | 0 |
| *axieinfinity.com | 13 | 87 |
| *skymavis.com | 9 | 80 |
| Chiliz | 1066 | 4360 |
| CHZ | 713 | 1399 |
| *chiliz.com | 654 | 3586 |
| *mediarex.com | 0 | 0 |
| "Dapper Labs" | 1481 | 2381 |
| FLOW | 152532 | 357270 |
| *dapperlabs.com | 23 | 41 |
| *dfinity.org | 655 | 3600 |
| "Internet Computer" | 427 | 1068 |
| ICP | 2255 | 8153 |
| *Internetcomputer.org | 0 | 0 |
| NEAR /15 protocol | 832 | 1940 |
| NEAR /15 token[2] | 1520 | 3440 |
| *near.foundation | 133 | 367 |
| *near.org | 670 | 3620 |
| Voyager | 14374 | 22162 |
| VGX | 1866 | 3263 |
| *investvoyager.com | 153 | 291 |
| DASH | 14129 | 38857 |
| *dash.org | 910 | 4380 |
| **Total Documents** | **1,623,010** | **3,009,996** |

---

[2] Coinbase proposed "NEAR /s (protocol or token)" as a search term. The SEC's database platform cannot run searches for two terms within the same sentence; thus, the SEC searched for "NEAR" within 15 words of "protocol" or "token" to approximate the yield for this proposed term.