## ATTACHMENT C: SEC SEARCH REPORT[1]

| Search Term | Number of Search Hits (Documents) | Number of Search Hits (Documents including Attachments) |
|---|---|---|
| Solana | 4727 | 8649 |
| SOL | 2852 | 5469 |
| *solana.org | 0 | 0 |
| *solana.com | 132 | 288 |
| *solana.foundation | 162 | 434 |
| ADA | 3743 | 7495 |
| *cardanofoundation.org | 9 | 15 |
| *iohk.io | 40 | 95 |
| *emurgo.io | 0 | 0 |
| Polygon | 2777 | 4891 |
| MATIC | 1167 | 2068 |
| *polygon.technology | 132 | 260 |
| *protocol.ai | 37 | 136 |
| Filecoin | 1702 | 2897 |
| FIL | 1091 | 2300 |
| *fil.org | 5 | 5 |
| Sandbox | 2937 | 5606 |
| SAND | 1710 | 3139 |
| sandbox.game | 64 | 221 |
| Axie | 324 | 528 |
| AXS | 439 | 671 |
| *animocabrands.com | 7 | 77 |
| *pixowl.com | 0 | 0 |
| *axieinfinity.com | 0 | 0 |
| *skymavis.com | 0 | 0 |
| Chiliz | 141 | 259 |
| CHZ | 225 | 329 |
| *chiliz.com | 7 | 77 |
| *mediarex.com | 0 | 0 |
| "Dapper Labs" | 158 | 338 |
| FLOW /2 token | 418 | 1013 |
| FLOW /2 asset | 229 | 505 |
| FLOW /2 crypto* | 331 | 837 |

---

[1] The SEC's Proposed Search involved applying the above terms to all emails sent or received by 5 SEC custodians during the period January 1, 2017 through June 6, 2023, as set forth in Attachment A to the SEC's July 2, 2024 Letter (D.E. 149-4). The above search hits do not reflect the exclusion of duplicates.

| Search Term | Number of Search Hits (Documents) | Number of Search Hits (Documents including Attachments) |
|---|---|---|
| *dapperlabs.com | 0 | 0 |
| *dfinity.org | 5 | 38 |
| "Internet Computer" | 80 | 184 |
| ICP | 263 | 396 |
| *Internetcomputer.org | 0 | 0 |
| NEAR /2 protocol | 231 | 469 |
| NEAR /2 token[2] | 20 | 79 |
| *near.foundation | 30 | 110 |
| *near.org | 8 | 56 |
| Voyager | 2537 | 3036 |
| VGX | 637 | 734 |
| *investvoyager.com | 62 | 107 |
| DASH /2 token | 77 | 170 |
| DASH /2 asset | 21 | 32 |
| DASH /2 crypto* | 144 | 242 |
| *dash.org | 60 | 207 |
| **Total Documents** | **29,741** | **54,462** |

---

[2] Coinbase proposed "NEAR /s (protocol or token)" as a search term. The SEC's database platform cannot run searches for two terms within the same sentence; thus, the SEC searched for "NEAR" within 15 words of "protocol" or "token" to approximate the yield for this proposed term.