UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  -against-<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br><br>       Defendants. | 23 Civ. 04738 (KPF) |

**DECLARATION OF REBECCA R. DUNNAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL**

I, Rebecca R. Dunnan, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney admitted *pro hac vice* to appear as counsel for Plaintiff, U.S. Securities and Exchange Commission ("SEC") in the above-captioned action. I am trial counsel in the SEC's Division of Enforcement, working in the SEC's home office in Washington, D.C. I submit this declaration in support of the SEC's Opposition to Defendants Coinbase, Inc. and Coinbase Global., Inc. (collectively, "Defendants" or "Coinbase") Motion to Compel Discovery.

2. Attached as Exhibit 1 is a true and correct copy of a website capture of a March 27, 2024 post on X (formerly known as Twitter) from the account of Coinbase's Chief Legal Officer, @iampaulgrewal, https://twitter.com/iampaulgrewal/status/ 1772993916146479193.

3. Attached as Exhibit 2 is a true and correct copy of the June 4, 2024 Fed. R. Civ. P. 45 subpoena package sent from Coinbase to the Commodity Futures Trading Commission.

4. Attached as Exhibit 3 is a true and correct copy of a June 13, 2024 email from SEC counsel to Coinbase counsel.

1

5.  Attached as Exhibit 4 is a true and correct copy of the Transcript of the July 11, 2024 Status Conference Hearing in the above-captioned matter. (D.E. 140).

6.  Attached as Exhibit 5 is a true and correct copy of a July 12, 2024 letter from Coinbase counsel to SEC counsel.

7.  Attached as Exhibit 6 is a true and correct copy of a July 19, 2024 email from Coinbase counsel responding to a July 17, 2024 email from SEC counsel regarding Coinbase's Fed. R. Civ. P. 45 subpoenas to the current SEC Chair and the Massachusetts Institute of Technology.

8.  Attached as Exhibit 7 is a true and correct copy of the Minute Order Denying Defendant's Motion for Reconsideration in *SEC v. Kik Interactive Inc.*, 19 Civ. 5244, Dkt. 36 (S.D.N.Y. Nov. 12, 2019).

9.  Attached as Exhibit 8 is a true and correct copy of the Transcript of the April 6, 2024 Hearing in *SEC v. Ripple Labs, Inc.*, No. 20 Civ. 10832, Dkt. 112 (S.D.N.Y. Apr. 6, 2021).

10. Attached as Exhibit 9 is a true and correct copy of the Transcript of the February 23, 2022 Hearing in *SEC v. LBRY, Inc.*, No. 21 Civ. 260, Dkt. 50 (D.N.H. Feb. 23, 2022).

11. Attached as Exhibit 10 is a true and correct copy of an Order regarding discovery disputes in *SEC v. Ripple Labs, Inc.*, No. 20 Civ. 10832, Dkt. 163 (S.D.N.Y. May 6, 2021).

12. Attached as Exhibit 11 is a true and correct copy of a November 1, 2018 internal SEC staff email regarding "Virtual Currency: Dash" forwarding an October 31, 2018 email from DASH counsel including, as an attachment, the same memo cited by Coinbase at D.E. 149-9.

13. Attached as Exhibit 12 is a true and correct copy of a calendar invite for a meeting with Coinbase on August 17, 2020 regarding "Coinbase Preso re: Filcoin," from SEC staff to other SEC staff.

14. Attached as Exhibit 13 is a true and correct copy of the SEC's Responses and Objections to Defendants' First Set of Requests for the Production of Documents in *SEC v. Kik*

*Interactive, Inc.*, 19 Civ. 5244, Dkt. 34-3 (S.D.N.Y. Nov. 8, 2019).

   15. Attached as Exhibit 14 is a true and correct copy of a Minute Entry in *SEC v. Terraform Labs, Inc.*, No. 23 Civ. 1346 (JSR) (S.D.N.Y. July 7, 2023).

  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 5, 2024     By: <u>/s/ *Rebecca R. Dunnan*</u>
Washington, DC         Rebecca R. Dunnan