# Exhibit 1





paulgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6" / X
https://twitter.com/iampaulgrewal/status/1772993916146479193



paulgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6" / X
https://twitter.com/iampaulgrewal/status/1772993916146479193



**Muhmmad Azhar** ✓ @AzharTheGreat · Mar 27
Balancing regulatory scrutiny with innovation in the crypto space is crucial. Each step forward offers insight into shaping responsible practices for a sustainable digital future. Exciting times ahead!

♡ 1    ↻    ♡    �ᴵˡˡ 1.3K    🔖 ⬆

**Monkecoin** ✓ @_Monkecoin · Mar 27
Yes but monkes will take over at some point, don't go FOMO, check it now! We also have a raid giveaway!

🚀 ✨ Big Moves for #MONKE! 🌟 🔵

We're thrilled to announce: #Monkecoin has officially landed on the CERTIK page! 🛡️ Our audit verification is in progress, already at 21% and...
Show more

💬 25    ↻ 13    ♡ 20    ⁱˡˡ 2.6K    🔖 ⬆

**ian** ✓ @slyamateur · Mar 27
Pepe stands with @coinbase

💬    ↻    ♡ 4    ⁱˡˡ 312    🔖 ⬆



paulgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6" / X
https://twitter.com/iampaulgrewal/status/1772993916146479193



**ELI5 of TLDR** ✓ @explain_briefly · Mar 27
1/ Read this if you are panicking over the recent Coinbase vs. SEC thing
📕

💬 1    🔁    ♡ 2    📊 531    🔖 📤

**permaweave** ✓ @permaweave · Mar 27
Will there be a discussion about tokens used to purchase blockspace from thousands of validators running open source software as potential securities?

💬 1    🔁    ♡    📊 481    🔖 📤

**WAGMI | Crypto, DeFi & Web3 News** ✓ @wagmiglobal_ · Mar 28
👀

💬    🔁    ♡    📊 223    🔖 📤

**Roger Gilmour** @RogerGilmour13 · Mar 27
Thanks Paul

Let's fight SEC again 💪

💬 2    🔁    ♡    📊 351    🔖 📤

**Rose Ellis | Development** ✓ @Rose_Ell1s · Mar 27
11007269 twitter.com/LewisCaleb_/st…

This Post is unavailable. Learn more

💬 1    🔁    ♡    📊 605    🔖 📤

**Noah Wells | Development** ✓ @Noah_Wells_ · Mar 27
1135077 twitter.com/L1amHayes/stat…

This Post is from a suspended account. Learn more

💬 1    🔁    ♡    📊 619    🔖 📤

**Cryptic Poet** ✓ @1CrypticPoet · Mar 27
Freedom and truth will prevail.

Thank You Base God.

💬 6    🔁 9    ♡ 61    📊 11K    🔖 📤

**Satoshi Club** ✓ @esatoshiclub · Mar 27
Crazy how market panics over a standard procedure like this 🙂

💬 13    🔁 2    ♡ 120    📊 24K    🔖 📤

Show replies

**Brian Anderson** 🐶 ✓ @BrianXBT · Mar 27
Today I found out who is paul

💬 1    🔁    ♡ 1    📊 1.2K    🔖 📤

**kratos.crazy.one** 💙 ✓ @kratos_harmony · Mar 27
Proud of #Coinbase team 🙏

💬 1    🔁    ♡ 4    📊 1.7K    🔖 📤

**Funded Futures Network** ✓ @_F_F_N_ · Ad ···
Forex is fading, but Futures are forever! Pivot to profit with our FREE Forex to Futures Course. Plus, test the waters with a 7-Day FREE Futures Account Trial. Secure your financial future, TODAY! #FuturesTrading #FreeCourse #PropFirm #Forex #ForexToFutures

paulgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6" / X
https://twitter.com/iampaulgrewal/status/1772993916146479193



Page 7
pauIgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6 " / X
https://twitter.com/iampaulgrewal/status/1772993916146479193



Page 8
paulgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6" / X
https://twitter.com/iampaulgrewal/status/1772993916146479193



paulgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6" / X
https://twitter.com/iampaulgrewal/status/1772993916146479193



♡ 3          203K

**Santiago Velez** 🌟 📸 ✅ ᘎ @Santiag78758327 · Mar 27          ···

NOPE  ▐▐  GIF

♡ 2          ♡ 3          876

**jrdat** 🟥 ᘎ ✅ @jrdat_crypto · Mar 27          ···
expose them

💬 1          ♡ 1          355

**Robert Graham** ✅ @RobertGraham24 · Mar 27          ···
🤝

💬 1          ♡ 1          552

**🜲 𝕏𝐑𝐏𝐍𝐔𝐑𝐒𝐄 🜲** ✅ @XrpNurse · Mar 27          ···
Never should have de listed $XRP from $COIN.
#xrparmy behind either way now

💬 1          ♡ 4          741

**system.updating.** ✅ @updatethesystem · Mar 27          ···

0:54

💬 1          ♡ 1          226

**Steve Pemberton** ✅ @steve_pemb · Mar 27          ···
Thanks for taking on such an important fight for crypto. I do think the 'there
must be a contract' argument is going to be a consistent loser due to
underlying policy concerns courts will have. I've proposed the outline of an
alternative here.

> **Steve Pemberton** ✅ @steve_pemb · Mar 27
> Between Terraform and now Coinbase, the courts are clearly going to
> reject the argument that there needs to be a negotiated contract and
> enforceable obligations under Howey. The crypto industry should move
> away from this argumentation

💬 1          235

**Kris Kay | 🎙️📹🎙️🍩 DeFi Donut** ✅ @thekriskay · Mar 27          ···
insane that the SEC needs to have a prolonged legal battle just to give you
guys any sort of clarity.

Is it so hard to give feedback and have dialogue with a company YOUR
AGENCY approved to go public in the first place? 🙋‍♀️

💬 1          ♡ 11          1.1K

**SafeMoon Wizard** ✅ @SafemoonWizard · Mar 27          ···
Keep up the good work! 👏🫡⛏️

Captured by FireShot Pro: 11 April 2024, 19:03:54

Page 10

paulgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6" / X
https://twitter.com/iampaulgrewal/status/1772993916146479193



paulgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6" / X
https://twitter.com/iampaulgrewal/status/1772993916146479193



#SchittsCreek

▶ GIF

💬 4    🔁 3    ♡ 8    📊 454    🔖  ⬆️

**Mark - XRP is NOT a security** ✓ @xrpcoupe74 · Mar 27
So when are you delisting the security solana.

💬 4    🔁    ♡ 8    📊 825    🔖  ⬆️

**BaronSOL** ✓ @BaronBarusikSOL · Mar 27    •••

> **BaronSOL** ✓ @BaronBarusikSOL · Mar 27
> When $BAR  hits the moon! 🌕 💸
>
> #BaronSOL #Crypto #ToTheMoon #HODL #Bitcoin 💰 #Solana #Altcoins #memecoins

0:22

💬    🔁    ♡ 1    📊 108    🔖  ⬆️

**iTrade** ✓ @iTrader117 · Mar 27    •••
🤔

💬    🔁    ♡    📊 42    🔖  ⬆️

**Derrick B. Purcell Jr.** 🧑‍🦰👏🔥 ✓ @thedarkscorpio_ · Mar 27    •••
Keep fighting the good fight! We stand with you! 👏👏

💬 1    🔁    ♡ 6    📊 949    🔖  ⬆️

**Crypto CArdano** ✓ @Crypto__Cardano · Mar 27    •••
Thank you @iampaulgrewal

💬 1    🔁    ♡ 4    📊 684    🔖  ⬆️

**fka alpurrt.eth** ✓ @stimmler_ · Mar 27    •••
Great news for setting legal precedent

💬 1    🔁    ♡ 1    📊 628    🔖  ⬆️

**CoinTracker** 🟡 @CoinTracker    Ad  •••
⏰ April 15th is the Tax Deadline. Peace of mind awaits. Get started today.

Page 12

paulgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6" / X
https://twitter.com/iampaulgrewal/status/1772993916146479193



From cointracker.io

♡ 1    ⇄ 2    ♡ 24    📊 97K    🔖 ⬆

**Muñoz** ✓ @CNMunoz · Mar 27
Wen $PEPE

♡ 2    ⇄    ♡ 1    📊 431    🔖 ⬆

**xXx ☆°:.. "Aurora"..:°☆ xXx** @xrpnewsaurora · Mar 27
Send #Btc 💰 🚀

♡ 1    ⇄ 1    ♡ 1    📊 1.6K    🔖 ⬆

**BillLion** @billlion2022 · Mar 27

YOU FIGHT THE GOOD FIGHT MY FRIEND

♡ 1    ⇄    ♡    📊 399    🔖 ⬆

**Sam Farzan** @FarzanSam · Mar 27
👊 💻

♡    ⇄    ♡    📊 27    🔖 ⬆

**CriptoKatt** @CriptoKat · Mar 28
This an unexpected decision, despite being on the table as a possible outcome. I don't think many thought the #SEC has much ground with this proceeding allegation against #COIN

This decision may give #SEC the airs, curious to see who they'll start going after next 👀 🤷

♡    ⇄    ♡    📊 6    🔖 ⬆

**The Real JC** @Urge_Overkill · Mar 28
Sincerely hopes the SEC puts the stranglehold on the cryptoscam. I sincerely hope they do it just an an insult to comrade @SenToomey.
Just as he betrayed his constituents and kowtowed to the orange stain, hopefully the govt makes him report how much and from where he is hiding it

♡    ⇄    ♡ 1    📊 14    🔖 ⬆

**More replies**

Page 13
paulgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6 " / X
https://twitter.com/iampaulgrewal/status/1772993916146479193



Page 14

Case 1:23-cv-04738-KPF    Document 152-1    Filed 08/05/24    Page 15 of 17

paulgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6 " / X
https://twitter.com/iampaulgrewal/status/1772993916146479193



Dismissal of SEC's claim against Coinbase Wallet is a huge W for all of Crypto.
lexdao.substack.com/p/lexnews-week...

💬                 ⟲                 ♡                 ılıl 33                 🔖  ⬆️

**let me trade** @let_me_trade · Mar 27                                    ···
We are also prepared to uncover huge #WLUNA fraud @coinbase did to their customers. 2 years holding our money without a single response!
@SECGov @GaryGensler

💬 1              ⟲              ♡ 19              ılıl 317              🔖  ⬆️

**MM** @diamond_hands99 · Mar 28                                    ···
This securities issue amongst crypto currencies does not only affect Americans, it affects everyone globally. I'm from Singapore and I'm pretty sick of this bullshit from the SEC attacking crypto.

💬 1              ⟲              ♡              ılıl 36              🔖  ⬆️

**Mickey Brown** @MickeyBrow4044 5 · Mar 28                                ···
My wife had her Coinbase account hacked and Coinbase refuses to give her money back to her. Anyone know of a lawyer who would recover our stolen funds from Coinbase. She is out about $20,000 they took it all! Said it's not their responsibility!

💬 14              ⟲ 3              ♡ 6              ılıl 60              🔖  ⬆️

**Terese Katy** @KatyTerese43314 · Apr 3                                    ···
😂

💬              ⟲              ♡              ılıl 3              🔖  ⬆️

**Zer0 Dollars** ✓ 🎌 @Zer00USD · Mar 27                                  ···
ON TOP $BUBBLE $EVERY $PARAM $BLOCK

┌─────────────────────────────────────────┐
│ **Zer0 Dollars** ✓ 🎌 @Zer00USD · Mar 27 │
│ Stop losing money on sh*tcoins and start farming these airdrops! │
│                                                     │
│ 🟪 Farm $BLOCK @GetBlockGames          │
│ 🟨 Farm $PARAM @ParamLaboratory        │
│ ⬛ Farm $BUBBLE @GetBubbleCoin...        │
│ Show more                                           │
└─────────────────────────────────────────┘

💬              ⟲              ♡              ılıl 60              🔖  ⬆️

**CryptoChronic** ✓ @phx805 · Mar 27                                    ···

▐▐  GIF

💬              ⟲              ♡              ılıl 6              🔖  ⬆️

**CoinTracker** 🟡 @CoinTracker                                Ad  ···
⏰ April 15th is the Tax Deadline. Peace of mind awaits. Get started today.

⭐⭐⭐⭐⭐                                              6 days ago
**I'd rather swim across sand dunes...**
I'd rather swim across sand dunes wearing burlap underwear than manage my own crypto taxes.

≋ **CoinTracker**          Get your crypto tax report ▶
File before the deadline

From cointracker.io

paulgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6" / X
https://twitter.com/iampaulgrewal/status/1772993916146479193



🗨 18    🔁 67K

**BaronSOL** ✔ @BaronBarusikSOL · Mar 27 · · ·

**BaronSOL** ✔ @BaronBarusikSOL · Mar 27
When $BAR hits the moon! 🌕💸

#BaronSOL #Crypto #ToTheMoon #HODL #Bitcoin💰 #Solana #Altcoins
#memecoins

🗨    🔁    ♡ 1    ᴘ 3    🔖 ⬆

**Shane Pickens** @shanepicker · Mar 27 · · ·
Tell your US reps: @SECGov coercive and litigates to destroy crypto rather
than helping to innovate.

Voters' voices matter!

🗨    🔁    ♡    ᴘ 8    🔖 ⬆

**sanjay** @sanjay_sanjay_ · Mar 27 · · ·
🎵📀 Ready to dive into the world of blockchain music? With Station Nodes, you
can contribute to the network's growth and EARN REWARDS! Optional
hardware requirements make it accessible to all! DON'T MISS OUT 🚀🎵
#StationNodes #MMT #STREAM #MeMusic

@1goonrich

🗨    🔁    ♡    ᴘ 1    🔖 ⬆

**JFarley** @JayFarley16 · Mar 27 · · ·
Keep up the good work, Fuck @GaryGensler

🗨    🔁    ♡    ᴘ 68    🔖 ⬆

**turt.dev | $BLOCK ♟ | $MOJO | $BEYOND | $BUBBI** @turt_de · Mar 28 · · ·
x.com/turt_dev/statu...

300 $PARAM @ParamLaboratory
300 $TRIP @PlayOverTrip
300 $BLOCK @GetBlockGames
300 $EVERY @JoinEveryworld
interact for interact👋

**turt.dev | $BLOCK ♟ | $MOJO | $BEYOND | $BUI** @turt_de · Mar 27
Just joined $PARAM @ParamLaboratory and $TRIP @PlayOverTrip today!

We will get that juicy airdrop soon with $EVERY and $BLOCK

@GetBlockGames @JoinEveryworld ...
Show more

🗨    🔁    ♡    ᴘ 1    🔖 ⬆

**Thala sanjay** @thala_sanjay_ · Mar 28 · · ·
🎨Calling all NFT enthusiasts! Station Nodes holders are in for a treat with a
free mint of an exclusive NFT collection from MeMusic! 🎉🎉
#MMT #MeMusic #NFT
@jihanicorn

🗨    🔁    ♡    ᴘ 1    🔖 ⬆

**natri970 l DEXYNTH** @natri970 · Mar 28 · · ·
@LazybearOFC This project has some positive attributes

🗨    🔁    ♡    ᴘ 1    🔖 ⬆

**MM** @diamond_hands99 · Mar 28 · · ·
Also, XRP holders and loyalists are damn happy that ETH is getting FUD. If
ETH goes down, crypto adoption goes down, why can't we all work together
and not bring each down?

🗨    🔁    ♡    ᴘ 7    🔖 ⬆

Page 16
paulgrewal.eth on X: "Today, the Court decided that our SEC case will move forward on most of the claims, but dismissed the claims against Coinbase Wallet. We were prepared for this, and we look forward to uncovering more about the SEC's internal views and discussions on crypto regulation. 1/6" / X
https://twitter.com/iampaulgrewal/status/1772993916146479193

