# Exhibit 3

# Margida, Nicholas

| | |
|---|---|
| **From:** | Margida, Nicholas |
| **Sent:** | Thursday, June 13, 2024 2:22 PM |
| **To:** | Adam M. Gogolak; David P.T. Webb; James M. McDonald; Julia A. Malkina; Kathleen S. McArthur; Kevin S. Schwartz; Olivia G. Chalos; Sarah K. Eddy; Sijin Choi; Steven R. Peikin; William Savitt |
| **Cc:** | Costello, Patrick R.; Mendel, David S; Mancuso, Peter; Dunnan, Rebecca |
| **Subject:** | Follow up on Initial Meet and Confer re: Coinbase's Requests for Production |

Kevin,

Following up on this morning's telephonic meet and confer regarding Coinbase's requests for production ("RFPs"), we heard you ask if it is the SEC's position that it would not produce documents concerning Coinbase's affirmative defenses on the grounds that such defenses are meritless and thus documents related thereto are not relevant. In response to this question, the parties discussed, among other things, the import of the Court's March opinion and order on Coinbase's motion for judgment on the pleadings (and the remaining viability of certain defenses) and the SEC's relevance objections to producing certain types of documents, such as internal documents. It occurred to us after the call that in order to fully answer your question, with all appropriate context, the SEC would like (and indeed, needs) to better understand which of Coinbase's RFPs you all believe seek documents related to Coinbase's affirmative defenses and how the defenses apply. I know we discussed on this morning's call Coinbase's Administrative Procedures Act/"abuse of discretion" defense as relating to RFP No. 29, and its fair notice defense with respect to RFP No. 6. But it would be helpful, during the continuation of the meet and confer next week (or by reply email if preferable), if you could: (1) identify which of Coinbase's RFPs seek documents concerning Coinbase's defenses; (2) identify which defenses apply to each such RFP; and (3) explain how the documents sought by each such RFP are relevant to the specified defense(s). Then, we can fairly consider the question you posed this morning and whether the SEC is willing to search and/or conduct additional searches for documents concerning the enumerated RFPs that you inform us relate to Coinbase's defenses. Thank you.

Regards,
Nick


Nick Margida
Senior Trial Counsel
U.S. Securities & Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, DC 20549-5977
(202) 551-8504