# Exhibit 5

# WACHTELL, LIPTON, ROSEN & KATZ

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | MARK GORDON | 51 WEST 52ND STREET | ELAINE P. GOLIN | STEVEN WINTER |
| HERBERT M. WACHTELL | JEANNEMARIE O'BRIEN | NEW YORK, N.Y. 10019-6150 | EMIL A. KLEINHAUS | EMILY D. JOHNSON |
| EDWARD D. HERLIHY | WAYNE M. CARLIN | | KARESSA L. CAIN | JACOB A. KLING |
| DANIEL A. NEFF | STEPHEN R. DiPRIMA | TELEPHONE: (212) 403-1000 | RONALD C. CHEN | RAAJ S. NARAYAN |
| STEVEN A. ROSENBLUM | NICHOLAS G. DEMMO | FACSIMILE: (212) 403-2000 | BRADLEY R. WILSON | VIKTOR SAPEZHNIKOV |
| JOHN F. SAVARESE | IGOR KIRMAN | | GRAHAM W. MELI | MICHAEL J. SCHOBEL |
| SCOTT K. CHARLES | JONATHAN M. MOSES | GEORGE A. KATZ (1965-1989) | GREGORY E. PESSIN | ELINA TETELBAUM |
| JODI J. SCHWARTZ | T. EIKO STANGE | JAMES H. FOGELSON (1967-1991) | CARRIE M. REILLY | ERICA E. AHO |
| ADAM O. EMMERICH | WILLIAM SAVITT | LEONARD M. ROSEN (1965-2014) | MARK F. VEBLEN | LAUREN M. KOFKE |
| RALPH M. LEVENE | GREGORY E. OSTLING | | SARAH K. EDDY | ZACHARY S. PODOLSKY |
| RICHARD G. MASON | DAVID B. ANDERS | OF COUNSEL | VICTOR GOLDFELD | RACHEL B. REISBERG |
| ROBIN PANOVKA | ADAM J. SHAPIRO | | RANDALL W. JACKSON | MARK A. STAGLIANO |
| DAVID A. KATZ | NELSON O. FITTS | ANDREW R. BROWNSTEIN   ERIC S. ROBINSON | BRANDON C. PRICE | CYNTHIA FERNANDEZ |
| ILENE KNABLE GOTTS | JOSHUA M. HOLMES | MICHAEL H. BYOWITZ   ERIC M. ROSOF | KEVIN S. SCHWARTZ | LUMERMANN |
| TREVOR S. NORWITZ | DAVID E. SHAPIRO | KENNETH B. FORREST   MICHAEL J. SEGAL | MICHAEL S. BENN | CHRISTINA C. MA |
| ANDREW J. NUSSBAUM | DAMIAN G. DIDDEN | BEN M. GERMANA   WON S. SHIN | ALISON Z. PREISS | NOAH B. YAVITZ |
| RACHELLE SILVERBERG | IAN BOCZKO | SELWYN B. GOLDBERG   DAVID M. SILK | TIJANA J. DVORNIC | BENJAMIN S. ARFA |
| STEVEN A. COHEN | MATTHEW M. GUEST | PETER C. HEIN   ELLIOTT V. STEIN | JENNA E. LEVINE | NATHANIEL D. CULLERTON |
| DEBORAH L. PAUL | DAVID E. KAHAN | JB KELLY   LEO E. STRINE, JR.* | RYAN A. McLEOD | ERIC M. FEINSTEIN |
| DAVID C. KARP | DAVID K. LAM | JOSEPH D. LARSON   PAUL VIZCARRONDO, JR. | ANITHA REDDY | ADAM L. GOODMAN |
| RICHARD K. KIM | BENJAMIN M. ROTH | LAWRENCE S. MAKOW   JEFFREY M. WINTNER | JOHN L. ROBINSON | STEVEN R. GREEN |
| JOSHUA R. CAMMAKER | JOSHUA A. FELTMAN | PHILIP MINDLIN   AMY R. WOLF | JOHN R. SOBOLEWSKI | MENG LU |
| | | THEODORE N. MIRVIS   MARC WOLINSKY | | |
| | | DAVID S. NEILL | | |

* ADMITTED IN DELAWARE

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | MICHAEL W. HOLT |
| SUMITA AHUJA | MARK A. KOENIG |
| FRANCO CASTELLI | CARMEN X.W. LU |
| ANDREW J.H. CHEUNG | J. AUSTIN LYONS |
| PAMELA EHRENKRANZ | ALICIA C. McCARTHY |
| ALINE R. FLODR | JUSTIN R. ORR |
| KATHRYN GETTLES-ATWA | NEIL M. SNYDER |
| ADAM M. GOGOLAK | JEFFREY A. WATIKER |
| ANGELA K. HERRING | |

July 12, 2024

BY EMAIL

Nicholas Margida
Senior Trial Counsel
U.S. Securities & Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, DC 20549-5977

   Re: *Securities and Exchange Commission* v. *Coinbase, Inc. and Coinbase Global, Inc.*, 23 Civ. 4738 (KPF)

Dear Nick:

  We write in response to your letter of July 2, 2024, which responded to my letter of June 25, 2024 addressing the SEC's responses and objections to Coinbase's First Requests for Production.

  We do not agree with many of the characterizations in your letter but do not believe that further back and forth regarding the unchanged substance as to the merits of the parties' respective positions in the meet and confers would be productive. We think the parties' overall positions are clear. And while we appreciate the SEC proposing a search for RFPs 2-6, 8, 15-17, 20-21, and 26, we do not believe that the proposed protocol is nearly adequate to address the issues we have raised, among other reasons because it includes no custodians from the Division

WACHTELL, LIPTON, ROSEN & KATZ

Nicholas Margida
July 12, 2024
Page 2

of Trading and Markets and no Commissioner custodians, includes no search terms targeting documents related to Coinbase's defenses, and would allow the SEC to withhold documents on the basis of privilege without logging them in any manner — contrary to, among other things, the Court's Rule 502(d) order. We understand from your letter that in the absence of agreement to your proposed search as resolving all outstanding disputes as to RFPs 2-6, 8, 15-17, 20-21, and 26, the SEC stands on its objections as to the foregoing RFPs and will not search outside the previously specified investigatory files. We therefore believe the parties are at an impasse on those RFPs, as well as RFPs 13, 14, 27, and 28.

Coinbase continues to reserve its position on RFPs 7, 9-12, 19, 23-24, and 29-30 and is assessing whether further meet-and-confer discussions would be helpful in addressing the parties' current disputes as to them; Coinbase does not intend to seek relief from the Court on these RFPs at this time. *See* June 25 Letter at 5.

We reserve all rights and will proceed accordingly.

Respectfully,

*Kevin Schwartz*

Kevin S. Schwartz