# Exhibit 7

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:19-cv-05244-AKH U.S. Securities and Exchange Commission v. Kik Interactive Inc. Order on Motion for Reconsideration |
| **Date:** | Tuesday, November 12, 2019 3:25:39 PM |

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 11/12/2019 at 3:25 PM EST and filed on 11/12/2019

| | |
|---|---|
| **Case Name:** | U.S. Securities and Exchange Commission v. Kik Interactive Inc. |
| **Case Number:** | 1:19-cv-05244-AKH |
| **Filer:** | |
| **Document Number:** | 36(No document attached) |

**Docket Text:**
**ORDER denying [33] Motion for Reconsideration. Defendant's motion for reconsideration is a reargument of matters that were before me when I denied the discovery sought. Defendant does not mention any new matter of fact or law, or any binding precedent that I failed to consider. That is enough to deny the motion.Furthermore, as I originally held, the deliberations within an agency sheds no light on the application of the statute or regulation in issue. If the law is vague, or confusing, or arbitrary, as defendant argues, that can be argued objectively. Proper discovery should be focused on what defendant did, and not why the agency decided to bring the case.I decide this motion on defendant's brief. There is no reason to wait for opposition and reply briefs when the invalidity of defendant's argument is apparent from its own papers. The parties should be focused on completing discovery, and not on wasteful forays into inadmissible facts. Plaintiff's motion for extensions of time to file opposition briefs is denied as moot. (HEREBY ORDERED by Judge Alvin K. Hellerstein)(Text Only Order) (Hellerstein, Alvin)**

**1:19-cv-05244-AKH Notice has been electronically mailed to:**

Sarah Malke Lightdale    slightdale@cooley.com, calendardepartment@cooley.com, efiling-notice@ecf.pacerpro.com, hector-gonzalez-3380@ecf.pacerpro.com

Stephan Jacob Schlegelmilch    schlegelmilchs@sec.gov

Patrick Gibbs    pgibbs@cooley.com, calendardepartment@cooley.com, efiling-notice@ecf.pacerpro.com

Luke T. Cadigan    lcadigan@cooley.com, azi-sakizadeh-4507@ecf.pacerpro.com, efiling-notice@ecf.pacerpro.com, hector-gonzalez-3380@ecf.pacerpro.com, jgalligan@cooley.com

David S Mendel    mendeld@sec.gov

Jarnette DE Brett    bdejarnette@cooley.com, efiling-notice@ecf.pacerpro.com

Laura D'Allaird    dallairdl@sec.gov

**1:19-cv-05244-AKH Notice has been delivered by other means to:**