Exhibit 12

**From:**      Szczepanik, Valerie
**Required Attendees:**        Starr, Amy (StarrA@SEC.GOV); Ingram, Jonathan; McHugh, Jennifer B.; Maitra, Neelanjan; Vilardo, Mark; Reedich, Michael; D'Allaird, Laura; Kim, Paul E.; Buchholz, Steven; Rachel Nelson; Vaughn, Kevin L.
**Optional Attendees:**        Kostyukovsky, Nina; Fox, Timothy C. (FoxT@SEC.GOV); Juan Suarez
**Importance:**        Normal
**Subject:**    Coinbase Preso re Filecoin
**Start Date/Time:**        Mon 8/17/2020 2:30:00 PM
**End Date/Time:**        Mon 8/17/2020 3:30:00 PM
SEC FOIA Letter 8 17 20.pdf
SEC Presentation August 17.pdf

-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

Meeting number (access code): 199 948 2232

Meeting password: TDcgniEr343 (83246437 from phones and video systems)

Join meeting

**Tap to join from a mobile device (attendees only)**
+1-929-251-9612,,1999482232#83246437# USA Toll 2
+1-415-527-5035,,1999482232#83246437# US Toll
Some mobile devices may ask attendees to enter a numeric meeting password.

**Join by phone**
+1-929-251-9612 USA Toll 2
+1-415-527-5035 US Toll
Global call-in numbers

**Join from a video system or application**
Dial 1999482232@secgov.webex.com

**Join using Microsoft Lync or Microsoft Skype for Business**

Dial 1999482232.secgov@lync.webex.com

If you are a host, click here to view host information.

Need help? Go to http://help.webex.com