# Exhibit 14

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Thursday, July 13, 2023 1:02 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-01346-JSR Securities and Exchange Commission v. Terraform Labs Pte Ltd. et al Telephone Conference |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/13/2023 at 1:02 PM EDT and filed on 7/7/2023

**Case Name:** Securities and Exchange Commission v. Terraform Labs Pte Ltd. et al
**Case Number:** 1:23-cv-01346-JSR
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge Jed S. Rakoff: Court's decision on 7/7/2023 : The defendants application to compel documents and other materials related to the speeches made by former Director William Hinman and Chairman Gary Gensler is denied based on the deliberative process privilege. (Kotowski, Linda)**

**1:23-cv-01346-JSR Notice has been electronically mailed to:**

David Leon Kornblau     david.kornblau@dentons.com, docket.general.lit.nyc@dentons.com

Douglas W Henkin     douglas.henkin@dentons.com, docket.general.lit.nyc@dentons.com, douglas-henkin-8930@ecf.pacerpro.com

Stephen J. Senderowitz     stephen.senderowitz@dentons.com, docket.general.lit.chi@dentons.com

Christopher James Carney     carneyc@sec.gov

Laura E. Meehan     meehanla@sec.gov

Meghan K. Spillane     mspillane@goodwinlaw.com

James Patrick Connor     connorja@sec.gov

Devon Staren     starend@sec.gov

Mark Califano     mark.califano@dentons.com, docket.general.lit.nyc@dentons.com

Nicholas W. Petts     nick.petts@dentons.com

Matthew A. Lafferman     matthew.lafferman@dentons.com

**1:23-cv-01346-JSR Notice has been delivered by other means to:**