UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>          -v.-<br><br>COINBASE, INC. and COINBASE GLOBAL, INC.,<br><br>                              Defendants. | 23 Civ. 4738 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons stated on the record during the telephonic conference held on September 5, 2024, the Court GRANTS IN PART and DENIES IN PART Defendants' motion to compel. The Clerk of Court is directed to terminate the motion at docket entry 145.

In addition, the Court GRANTS IN FULL the SEC's motion to permanently file under seal, viewable to the Court and parties only, certain specified redactions from both parties' filings in connection with Defendants' motion to compel. The Clerk of Court is directed to terminate the motion at docket entry 157.

Dated:     September 5, 2024
           New York, New York

                                                _____
                                                KATHERINE POLK FAILLA
                                                United States District Judge