**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE COMMISSION,

                                              *Plaintiff*,

                 v.

COINBASE, INC. AND COINBASE GLOBAL, INC.,

                                              *Defendants*.

23 Civ. 4738 (KPF)

## **NOTICE OF FILING**

Pursuant to the Court's September 5, 2024 Order (Dkt. 160) granting Plaintiff Securities and Exchange Commission's Sealing Motion (Dkt. 157), Defendants Coinbase, Inc. and Coinbase Global, Inc. hereby file revised redactions to Exhibit D to the Declaration of David P.T. Webb in Support of Coinbase's Motion to Compel Production of Documents (Dkt. 147).

-2-

| | |
|---|---|
| Dated: September 11, 2024<br>New York, New York | Respectfully submitted,<br><br>WACHTELL, LIPTON, ROSEN & KATZ<br><br>/s/ *David P.T. Webb*<br>William Savitt<br>Kevin S. Schwartz<br>Sarah K. Eddy<br>Adam M. Gogolak<br>David P.T. Webb<br>Emily R. Barreca<br>51 West 52nd Street<br>New York, New York 10019<br>(212) 403-1000<br>dptwebb@wlrk.com<br><br>Steven R. Peikin<br>Kathleen S. McArthur<br>James M. McDonald<br>Julia A. Malkina<br>Olivia G. Chalos<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498<br>(212) 558-4000<br><br>*Attorneys for Defendants* |