## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>           v.<br><br>COINBASE, INC., AND COINBASE GLOBAL, INC.,<br><br>                    Defendants. | 1:23-cv-04738-KPF |



### NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 1.4

PLEASE TAKE NOTICE that attorney Andrew R. Hellman is hereby withdrawn as counsel of record in the above-captioned matter for *amici curiae* AH Capital Management, L.L.C. and Paradigm Operations LP.  In support of this notice and in conformance with Local Rule 1.4, the undersigned counsel states the following:

1. Mr. Hellman is leaving the law firm of O'Melveny & Myers LLP, effective October 18, 2024, and no longer represents AH Capital Management, L.L.C. and Paradigm Operations LP in this matter.

2. O'Melveny & Myers LLP continues to be counsel of record in this matter for AH Capital Management, L.L.C. and Paradigm Operations LP and the undersigned attorneys maintain their appearances.

3. There is no retaining or charging lien, and no party will suffer any prejudice or delay by Mr. Hellman's withdrawal from this litigation.

DATED: October 16, 2024
         Washington, DC

Respectfully submitted,

O'MELVENY & MYERS LLP

By: /s/ *Melissa C. Cassel*

O'MELVENY & MYERS LLP
Melissa C. Cassel (*pro hac vice*)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8839
Facsimile: (415) 984-8701
mcassel@omm.com

*Counsel for AH Capital Management, L.L.C. and Paradigm Operations LP*

---

The Court wishes Mr. Hellman the best in his future endeavors.

The Clerk of Court is directed to terminate Mr. Hellman from the docket.

Dated: November 20, 2024
      New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE